CV-16-P-0863-W

# IN THE UNITED STATES DISTRICT COURT F I L E D
# FOR THE NORTHERN DISTRICT OF ALABAMA

2016 MAY 26  A 10: 01

U.S. DISTRICT COURT
N.D. OF ALABAMA

Helene Michel
_____

Inmate Identification Number: 60158-054
_____

_____

Helene Michel
_____
(Enter above the full name of the plaintiff
in this action)

> **NOTICE TO FILING PARTY**
>
> *It is your responsibility to
> notify the clerk in writing of any
> address change.*
>
> *Failure to notify the clerk may
> result in dismissal of your case
> without further notice.*

vs.

FEDERAL BUREAU OF PRISONS-FCI
A. Washington-Adduci- Warden
_____

Ella Taylor, NP/HSA
_____

L. McCullar, MD
R. Griffin, MD  Clinical Director
_____

_____
(Enter above full name(s) of the defendant(s)
in this action)

FEDERAL BUREAU OF PRISONS- MDC-Brooklyn
Duke Terrell, Warden

Rolando Newland MD, Clinical Director

Rios Sixto, MLP
Rosa Soroya, MLP

I.    Previous lawsuits

    A.    Have you begun other lawsuits in state or federal court(s) dealing with the
        same facts involved in this action or otherwise relating to your imprisonment?
        Yes (    )        No ( X )

    B.    If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more
        than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the
        same outline.)

        1.    Parties to this previous lawsuit:

            Plaintiff:  _____ NONE _____

            _____

            Defendant(s): _____

            _____ NONE _____

2.    Court (if Federal Court, name the district; if State Court, name the county)

_____NONE_____

3.    Docket number _____ NONE _____.

4.    Name of judge to whom case was assigned _____

_____NONE_____

5.    Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

_____NONE_____

6.    Approximate date of filing lawsuit _____

_____NONE_____

7.    Approximate date of disposition NONE _____

II.    Place of present confinement  FCI- Aliceville Aliceville, Alabama _____

A.    Is there a prisoner grievance procedure in this institution?
       Yes (X )         No ( )

B.    Did you present the facts relating to your complaint in the state prisoner grievance
       procedure?         Yes ( X )         No ( )

C.    If your answer is YES:

       1.    What steps did you take?  I exercised my rights through the

             administrative remedy _____

       2.    What was the result? I've reached BP-11 of the administrative process;
             requests for remedies have been ignored, denied, rejected, and/or
             returned for erroneous reasons.  See Exhibit G to G-14a

D.    If your answer is NO, explain why not: _____

_____

_____N/A_____

_____

_____

_____

2

III.   Parties.
       In item (A) below, place your name in the first blank and place your present address in the
       second blank.

A.     Name of Plaintiff(s) ___Helene Michel No. 60158-054___

       Address ___FCI-Aliceville Aliciville, Alabama___
               ___P.O.Box 4000    Zip 35442___

In item (B) below, place the full name of the defendant in the first blank, his official position in
the second blank, and his place of employment in the third blank. Use Item (C) for the names,
positions, and places of employment of any additional defendants.

B.     Defendant ___A. Washington-Adduci___

       Is employed as ___Warden___

       at ___FCI-Aliceville Aliceville, Alabama___

C.     Additional Defendants ___Ella Taylor-Health Services Administrator (FCI)___
       ___R. Griffin M.D. Clinical Director (FCI Aliceville)___
       ___L. McCullar, MD (FCI Aliceville)___
       ___Duke Terrell, Warden(MDC Brooklyn)___
       ___Rolando Newland MD  (MDC Brooklyn)___
       ___Rios, Sixto, MLP       (MDC Brooklyn)___
       ___Rosa Soroya, MLP       (MDC Brooklyn)___

IV.    Statement of Claim

       State here, as briefly as possible, the FACTS of your case. Describe how each defendant is
       involved. Include also the names of other persons involved, dates and places. Do not give any
       legal arguments or cite any cases or statues. If you intend to allege a number of related claims,
       number and set forth each claim in a separate paragraph. Use as much space as you need. Attach
       extra sheets, if necessary.

       ___During Petitioner's incarceration, she acquired a head injury that has___
       ___never been treated, extensive damages to her female reproductive organs,___
       ___due to years of waiting for a OBGYN to service the female unit at Metro-___
       ___politan Detention Center- Brooklyn and so on. As a result to these condi-___
       ___tions, petitioner is in constant pain and suffering, her conditions___
       ___worsen as her health continues to deteriorate.___

4

Attachment I

Rios Sixto, MLP (Metropolitan Detention Center MDC- Brooklyn)

Petitioner was a pre-trial inmate at MDC in Brooklyn, New York when she sustained a serious head injury, she felt and hit her head on the concrete floor, and sustained a head concussion, she received only pro forma care. PA Rios, and Lieutenant Tomayo came to the scene, they took petitioner to the medical clinic; PA Rios took her vitals and sent her back to the female unit after they brought her out of an unconcious state.

No follow-up was done on petitioner injured head, as her forehead remained swollen for weeks to months. After many requests for an examination and MRI of her head, 3 years later due to her constant excruciated, agonizing headaches and poor memory they decided to send her out for an MRI. All seemed to be allright except that the impression of the MRI says: "Normal MRI of the brain." There appears to be fluid in the right petrous apex air cells. I requested a follow-up to see why I had fluid in my brain to no avail. See Exhibit A(1-5) PA Sixto failed to follow head trauma protocal.

Rolando Newland, MD Clinical Director( MDC-Brooklyn )

Petitioner has been incarcerated since July 12, 2007. She was at MDC in Brooklyn, New York between July 12, 2007 To October 2013. Since petitioner's arrival at MDC, She informed the medical personal of her history of fibroids specifically-uterine fibroids, and the importance of close monitoring- yearly sonogram due to previous history of rapid growth. Staff physician Beaudouin, MD, informed petitioner that the facility does not have an OBGYN, "but they are planning on bringing one on board soon." Petitioner had a sonogram in May 2007, before her arrest, and all was fine. She would not need another sonogram until the following year. MDC did not provide any OBGYN care for the petitioner for 4 to 5 years between 2008 to 2012. Petitioner went to clinic at MDC and reported that: "my stomach feels very pregnant." On multiple occasions; which were responded by, "an OBGYN is coming soon." No OBGYN came soon.

Dr. Beaudouin examined petitioner and said that," your stomach

Page 2

seems pregnant 5 to 6 months" soon after that visit, petitioner
began bleeding profusely, hemorrhaging non-stop, passing out big
blood clots for another year. The clinic at MDC increased the dosage
of iron intake and frequency to 3 times daily. Petitioner was
hemorrhaging faster than her red blood cells, hemoglobin, hematocrit
could be reproduced; so petitioner became very anemic, experiencing
loss of conciousness, fainting spells, passing out on a daily basis.
Finally on January 9th 2012, petitioner was taken to the MDC clinic
to see a new doctor- the (OBGYN). Dejkunchorn, Pichitra,MD examined
petitioner, she said to her that that she has large uterine fibroids
all over the wall and lining of her uterus, and that they were the
cause of her non stop bleeding. She scheduled petitioner to see a
surgeon urgently. See Exhibit B(1-2)

    After another 2 months, petitioner was taken to see Dr. Ho at
New York Downtown Hospital. He had a sonogram that revealed the
extent of the damages done by the fibroids after 5 years of no medical
care. Dr. Ho explained to the petitioner that, he cannot save her
uterus because "the fibroids are too many, too big, and too much
damage had already been done to the uterus; you need an hysterectomy."
Petitioner was devastated but pled with the doctor to save her uterus.
He agreed, "but all the vital, essential membranes of the uterus will
be removed." But with proper treatment can be regenerated."

    The surgeon had to remove all essential membranes needed for
development and maintenance of female reproductive system and sexual
characteristics (estrogen). See Exhibit C .
The primary source of estrogen is the ovarian follicle, which secretes
70-500mcg of estradiol(the precursor to estrogen) daily. These vital
organs that are largely responsible for developing and maintaining
reproductive organs, had been removed, due to the numbers of years
it the medical and the warden of MDC to get petitioner some medical
help. Petitioner received 2 blood transfusions due to years of heavy
bleeding prior to the surgery. See Exhibit (D1-2)

A few months after the surgery, the petitioner's worse fear materialized. She started experiencing hot flashes, night sweats, skin discoloration, mood changes, massive hair loss, lack of energy to perform routine daily task, weakness, fatigue, numbness and no feeling in the feet, eye problems, to name a few. These conditions affect petitioner's daily activities. The surgeon made a follow-up appointment for 2 weeks after the surgery for follow-up treatment, MDC never took petitioner back to see him. See Exhibit E(1-2)

I went to the new non staff OBGYN at mdc, explained to her the different illnesses I was experiencing after the surgery, she told me that it was homornal imbalanced. She counseled petitioner for oral contraceptives' pill to regenerate her endometrial lining, with risks/ benefits explained; endometrial lining (the source of estrogen). See Exhibit F

Dr. Newland, as the clinical director of MDC and the warden failed to provide 120 to 200 females inmates including petitioner; leading to the damages done to her reproductive system.

Rosa Soroya, MLP (Metropolitan Detention Center-Brooklyn)

Doctor Dejkunchorn saw petitioner agony and the amount of rapid hair loss made referral of the issues to PA Rosa for petitioner to see a dermatologist. See Exhibit J(1)

PA Rosa not only ignored Doctor Dejkunchorn referral of petitioner's health issues, she canceled other medications that the doctor had prescribed to help petitioner and wrote on her chart (part of the clinicians areas) that petitioner is well she does not need any help because she heard petitioner complaining to another officer about her health conditions.

A few months later on the birth control pills, some of petitioner's symptoms were controlled; she had some relief.

L. McCullar, MD- Staff physician( FCI-Aliceville)

Page 4

Petitioner went to trial and was convicted at the end of 2012. On October 21, 2013 she was transferred from MDC to FCI Aliceville, Alabama only to discover that the agony has continued. FCI Aliceville is a new facility; it has no staff OBGYN, Doctor McCullar, the staff physician stopped the contraceptive' pills that were helping her. Petitioner spoke to Doctor McCullar about her medical issues; she told her,"I will not touch your issues with the contraceptive' pills, this is out of my scope". Petitioner asked her to send her to see a specialist outside, she did not do anything.

Ella Taylor, Health Administrator ( FCI-Aliceville) On multiple occasions, Ms. Taylor told the petitioner to come get the medication. When she arrives at the clinic, there was no medication. I continued to seek help by the Administrative process; when she learned that petitiner had written a 8½ of the Administrative process she got very angry, screamed at the petitioner in front of other people and refused to let her see the doc tor. Ms. Taylor told ppetitioner in several occasions that the doctors were'nt there and that she will not be able to see one until 2 weeks. Petitioner went to the clinic after seeing her at mainline to find out that the doctors were at the clinic seeing patients, yet she refused to let her see the doctor.

Petitioner continued to seek help, she reached BP-11 of the Administrative remedy process; requests for administrative remedies have been ignored, denied, rejected and or returned for erroneous reasons. Officials failed to comply with the grievance process, they have prevented the utilization of the process. See Exhibit G

A. Washington-Adduci- Warden (FCI-Aliceville) A final attempt was made to the Warden, Washington-Adduci for help on April 15ᵗʰ 2015,(See Exhibit (G-14) and (G-14a) The warden replied," Your birth control has been discontinued for 18 months wi th no finding of bleeding....The warden and her medical

are telling petitioner that the contraceptive' pills were prescribed
to stop the bleeding. The contraceptive' were prescribed after the
surgery- the bleeding had already stopped. See Exhibit ( Exhibit F)
She continued, "an examination of your scalp was performed which
showed minimal bitemporal retreat of the hairline and no bald spots."
See (Exhibit H)

Warden Washington-Adduci refuses to admit that the etiology of the
vaginal bleeding was from years of untreated uterine fibroids, that
are readily treatable; because Petitioner had them treated before
she was incarcerated, precisely 5 years. These fibroids were ignored
for 5 years, causing much damage to petitioner's uterus. The bleeding
stopped once the fibroids were removed.(See Exhibit I)
And since MDC failed/refused to send petitioner back for the follow-
up appointment and treatment that the surgeon had scheduled, ( See
Exhibit E 1-2) the non staff OBGYN Doctor Dejkunchorn prescribed the
contraceptive' pills to regenate the petitioner's uterus ( the
endometrial lining- the source of estrogen that was removed surgically)
See (Exhibit F

On may 6 th 2013, the new MDC OBGYN Doctor Dejkunchorn examined my
head compared to prior to prior to the surgery, reported "massive
hair loss" also reported that petitioner needed to be evaluated by
a dermatologist, she refers the medical problem to PA Rosa.
See (Exhibit J)

Nothing to this day has not been done. Warden Washington of FCI and
Doctor Griffin reported to petitioner that,"examination of her scalp
... showed minimal bitemporal retreat of hairline and no, bald spots."
Dr. Griffin and Warden Washington are waiting for my head to be bold
before they would do something about my situation! my medical needs.
Doctor Griffin of FCI Aliceville did not evaluate my head prior to
surgery; Doctor Dejkunchorn of MDC has examine petitioner before and
after the surgery. She reported, "Massive hair loss" and as a
specialist made a recommendation. The petitioner was never taken to
see the specialist (Dermatologist) or the surgeon for follow-up
evaluation concerning the need to stabilize the hormones after the

surgery as the surgeon- Doctor Ho planned or as OBGYN, Doctor
Dejkunchorn suggested and prescribed.
Petitiner sustained serious injuries, readily treatable medical
conditions that were ignored for years and after.

Warden Washington  continued, " you complained of pain in your ankles
and wrists and numbness in the lateral edges of both feet. Alternate
institutional shoes were authorized."  Institutional shoes were not
what what the petitioner illness required:
These different medical conditions  are occuring to petitioner due
to the hormonal imbalance. Doctor Dejkunchorn from MDC who ordered
the removal of the fibroids (X 16 size 16 weeks) See Exhibit C.
stated in her note medical- solution needed, "oral contraceptive'
pills- Norethindrone/Ethylestra 1.5/.30mg tab to regenerate the
endo metrial lining of the uterus that has been surgically removed
from the damage due to delayed medical treatment (5 years) with risks
benefits explained.(See Exhibit F)
The uterus is the power house of the female body. when it is
compromised, the whole body is affected.
The Institutional Shoes that were given to petitioner as mentioned
by the Warden, were used by the petitioner and caused her to have
blisters all over her feet.(they are steel toe shoes)

Petitioner's condition continued to worsened due to delayed of MDC
and FCI in providing crucial medical treatment the petitioner needed.
Petitioner medical condition was diagnosed by staff doctors at MDC
as mandate, treatment was  to follow the diagnosis. Yet it took 5
years to get some treatment; causing much pain and suffering/damages
readily treatable medical conditions, that have not been treated to
this day.  Petitioner head injury that has not been treated is the
cause of her constant headaches, poor memory, poor concentration and
so on. The Warden of MDC and the Medical Director failed to supply
their emplyee with directives for head injuries.

Page 7

Doctor McCullah and Ms. Taylor, Health Administrator knew of
petitioner's medical need but refused to care for the petitioner
as Doctor McCullah stating: " I will not touch your issues, they
are out of my league." Doctor McCullar and Ms. Taylor refusal to
continue the treatment that theOBGYN at MDC Doctor Dejkunchorn
initiated to regenerate the endometrial lining of petitioner's
uterus, which has been surgically removed due to delay in recei-
ving readily medical treatment from a sister facility is not based
on a medical judgement concerning petitioner's specific circumstan-
ces.

No remedies have yet been provided by the Federal Bureau of Prisons. Petitioner is due to be release soon, provided she is privy to the new laws set forth from Congress, and will be financially responsible for her medical care. Due to these conditions, especially gone untreated.(See Attachments)

V.    RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I would like to see a specialist, regarding the hormonal imbalanced, the endometral lining regeneration, an updated MRI as to why there is water in my brain and why I am in agony with headaches and noise in my head, poor memory and concentration all day, poor cognitive skills.

I would like a specialist to look at these issues that I have to face on a daily basis and find a solution.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 24th day, of May, 2016

SIGNATURE of Elene: Michel-Allonce for HELENE MICHEL, Reserving all Rights

ADDRESS FCI Aliceville

P.O.Box 4000

Aliceville, Alabama, 35442

AIS #

UNITED STATES DISTRICT COURT FILED
NORTHERN DISTRICT OF ALABAMA

2016 MAY 26   A 10: 02

U.S. DISTRICT COURT
N.D. OF ALABAMA

HELENE MICHEL, REG #60158-054

V.

CV-16-P-0863-W

FEDERAL BUREAU OF PRISONS
FEDERAL CORRECTIONAL INSTITUTION
ALCEVILLE, ALABAMA
P.O.BOX 4000
ALICEVILLE, AL 35442

A. Washington-Adduci, Warden
Ella Taylor,NP- Health Service Administrator
L. McCullar, MD
R. Griffin, MD- Clinical Director

FEDERAL BUREAU OF PRISONS
METROPOLITAN DETENTION CENTER
MDC BROOKLYN
80 29th Street
Brooklyn, New York 11232

Duke Terrell, Warden
Rolando Newland, MD- Clinical Director
Sixto Rios, MLP
Rosa Soroya, MLP

---

## COMPLAINT

---

This suit is brought Pursuant to 42 U.S.C.S. Section 1983 seeking
Declaratory Judgements, Injunction to re-dress the post deprivation
and money damages for the violation of petitioner's Constitutional
Rights to receive Medical Care. Petitioner also seeks an an injunc-
tion and damages pursuant to the Americans with Disabilities Act and
the Rehabilitation Act. The Petitioner's 8th and 14 Amendment Rights
have been violated.

## JURISDICTION

Jurisdiction of this Court is invoked pursuant to 28 U.S.C. Section 1331 in that this is a civil action arising under the Constitution of the United States.

Jursidiction of the court is invoked pursuant to 1343(a)(c) in that this action seeks to redress the deprivation, under color of state law, of rights secured by Acts of Congress providing for equal rights for persons within the jurisdiction of the United States.

## PARTIES

FEDERAL BUREAU OF PRISONS
FEDERAL CORRECTIONAL INSTITUTION
ALICEVILLE, ALABAMA

A. Washington-Adduci, Warden
Ella Taylor, NP- Health Service Administrator
L. McCullar, MD
R. Griffin, MD

FEDERAL BUREAU OF PRISONS
METROPOLITAN DETENTION CENTER
MDC BROOKLYN

Duke Terrell, Warden
Rolando Newland, MD- Clinical Director
Sixto Rios, MLP
Rosa Soroya, MLP

Please see Statement of Claim, section IV of form 1983 and Attach ment pages 1 to 7

## ADMINISTRATIVE REMEDIES

Petitioner exhausted her Administrative Remedies before filing this complaint.

## FACTUAL STATEMENT

See Statement of Claim, section IV  and Attachment pages 1 to 7

## CLAIMS FOR RELIEF

### A. Failure to Protect/Negligence

The failure of the defendants to act on their knowledge of a Substantial risk of serious harm to petitioner violated her 8th Amendment right to be free from deliberate indifference to her safety and well-being. As a result, pettioner has suffered serious physical and emotional injuries.

### B. Deliberate Indifference to Medical Needs

L. McCullar, MD, R. Griffin, MD and Ella Taylor, NP knew of petitioner's condition facing substancial risk from the previous surgery due to delayed treatments and yet disregarded that risk by telling her she is no longer bleeding and failed to take the proper measure to help her. Nurse Taylor went as far as preventing her to see the doctors when she was crying for help.

Rolando Newland, MD, Sixto Rios, Rosa Soroya knew of Petitioner's head injury because she complaint about her headaches and pain and noise in her head on a daily basis yet it took them years to send her out for an MRI and after the MRI they failed to follow-up with the water she had in her brain. They all knew of petitioner's bleeding issues for years with violent cramps and period of unconsciousness, yet they waited until they hired someone instead of getting the petitioner to a hospital. Causing much greater damages to the lining of her endometrial of her uterus.

### C. Inadequate Medical Care

The inadequate care of the defendants resulted in the petitioner's suffering serious physical and emotional injuries. This is a direct violation of her 8th and 14th Amendment Rights.

## RELIEF REQUESTED

WHEREFORE, Petitioner requests that this Court grant the following relief:

      A. Issue an injunction requiring that the Petitioner,s
         medical needs are properly met.

      B. Award compensatory damages for petitioner's physical and
         emotional injuries against each defendant.

      C. Award punitive damages for Petitioner's physical and
         emotional injuries againt each defendant.

      D. Grant Petitioner such other relief as it may appear
         Petitioner is entitled to.

      E. Award Court costs to be repaid to the petitioner.

Respectfully and Prayerfully Submitted this _24th_ day of _May_ ,2016

_Helene Michel_

Helene Michel Reg #60158-054

_Reserving all Rights_

| CLAIM FOR DAMAGE, INJURY, OR DEATH | This claim form is intended to meet the requirements of the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Office of General Counsel<br>Bureau of Prisons<br>320 First Street, NW<br>Washington, District of Columbia 20534 | Helene Michel Reg. No. 60158-054<br>FCI Aliceville<br>P.O.Box 4000<br>Aliceville, AL 35442 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 10/26/1966 | Divorced | | |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

This suit is brought pursuant to 42 U.S.C.S Section 1983 alleging violation of of petitioner's constitutional rights to receive medical care and seeking injunctive relief and money damages pursuant to the Americans with Disabilities Act and the Rehabilitation Act. The Petitioner's 8th and 14th Amendment rights were violated.
See Statement of Claim on form 1983 and Attachment pages 1 to 7

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code)

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side).

N/A

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Petitioner sustained head injury that has never been treated, resulting in her been in constant, agonizing pain and suffering. Petitioner sustained extensive damage to her reproductive organs, due to years of waiting for the facility to provide OBGYN care. Petitioner's health worsens as time passes.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| N/A | $ 20 million dollars | | $ 20 million dollars |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| | (205) 373-5000 | 24 May 2016 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both, (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction<br>Previous Edition is not Usable | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

95-109

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

EXHIBIT A-1

| | |
|---|---|
| Inmate Name: MITCHEL, ELENE | Reg #: 60158-054 |
| Date of Birth: 10/26/1966 | Sex: F  Race: BLACK  Facility: BRO |
| Encounter Date: 12/04/2012 12:51 | Provider: Duncan, Gina FNP-BC  Unit: A10 |

Sick Call/Triage encounter performed at Health Services.

## SUBJECTIVE:

### COMPLAINT 1    Provider: Duncan, Gina FNP-BC

**Chief Complaint:** Headache

**Subjective:** 46 year old female with history of HTN, IDA, dysmennorhea, LBP, HSV, depressive disorder and polyarthropathy/polyarthritis presents with 3 year history of HA s/p fall with head injury. Inmate states she was never evaluated after injury. States she has frequent HAs unmanaged was present medication regimen. Denies diplopia or any visual disturbance.

**Pain Location:** Head

**Pain Scale:** 6

**Pain Qualities:** Throbbing

**History of Trauma:**

**Onset:** 1-5 Years

**Duration:** 1-5 Years

**Exacerbating Factors:** none

**Relieving Factors:** rest

**Comments:**

60158-054

Helene Michel
Federal Correctiona
P.O.Box 4000
Aliceville, AL 35442
United States

60158-054
Elene Michel
Federal Correctional Institution
P.O.Box 4000
Aliceville, AL 35442
United States

*EXHibits A to X including BP's.*

## ROS:

### HEENT

**Ears**

Yes: Normal

No: Tinnitus, Vertigo

**Eyes**

Yes: Normal

No: Pain, Photophobia, Redness, Changes in Vision, Diplopia

**Head**

Yes: Headaches

**Mouth**

Yes: Normal

**Neck**

No: Pain, Stiffness, Enlargement of Lymph Nodes, Goiter, Swelling

**Nose**

Yes: Normal

No: Allergies

**Throat**

Yes: Normal

No: Dysphagia, Hoarseness, Tonsillitis, Voice Changes

**Sinuses**

Yes: Normal

No: Pain Over Sinus - Frontal, Pain Over Sinus - Maxillary

**Neurological**

"SENSITIVE BUT UNCLASSIFIED"

Inmate Name: MITCHEL, ELENE
Date of Birth: 10/26/1966
Encounter Date: 12/04/2012 12:51

Sex: F    Race: BLACK
Provider: Duncan, Gina FNP-BC

Reg #: 60158-054
Facility: BRO
Unit: A10

## ROS:

### Autonomic System

Yes: Normal

No: Syncope

### Cranial Nerves

Yes: Normal

No: Difficulties in Speech/Swallowing/Taste, Disturbances in Hearing, Visual Disturbances

### Motor System

Yes: Normal

No: Abnormal Gait, Incoordination, Involuntary Movements, Weakness

### Sensory System

Yes: Normal

## OBJECTIVE:

### Exam:

#### General

##### Affect

Yes: Cooperative, Anxious

##### Appearance

Yes: Appears Well, WD/WN, Alert and Oriented x 3

##### Nutrition

Yes: Normal

#### Head

##### General

Yes: Symmetry of Motor Function, Atraumatic/Normocephalic

No: Sinus Tenderness, Tenderness on Palpation, Battle's Sign, Racoon Eyes

##### Temporal Mandibular Joint

Yes: Normal Exam, Full Range of Motion, Symmetric

No: Swelling, Inflammation

## ASSESSMENT:

| Description | ICD9 | Status | Status Date | Progress | Type |
|---|---|---|---|---|---|
| Headache | 784.0 | Remission | 08/28/2012 | Recurrence | Temporary/Acute |

## PLAN:

### New Consultation Requests:

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|

| Inmate Name: MITCHEL, ELENE | | | Reg #: 60158-054 |
|---|---|---|---|

Inmate Name:  MITCHEL, ELENE
. of Birth:  10/26/1966
..counter Date: 12/04/2012 12:51

Sex:   F   Race:  BLACK
Provider:  Duncan, Gina FNP-BC

Reg #:  60158-054
Facility:  BRO
Unit:  A10

Radiology

No          English

**Reason for Request:**

46 year old black female with history of head trauma three years ago s/p fall. Inmate states she has recurrent headaches that have gotten progressively worst. Please perform MRI of brain.

**Provisional Diagnosis:**

Rule out sequela of past head trauma.

**Copay Required:** Yes          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Duncan, Gina FNP-BC on 12/04/2012 13:07
Requested to be cosigned by Beaudouin, Robert MD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| me: MITCHEL, ELENE | | | Reg #: 60158-054 |
| rth: 10/26/1966 | Sex: F | Race: BLACK | Facility: BRO |
| er Date: 01/23/2013 14:56 | | Provider: Saint Preux, John PA-C | Unit: A10 |

ical Trip Return encounter performed at Health Services.

**UBJECTIVE:**

### COMPLAINT 1    Provider: Saint Preux, John PA-C

**Chief Complaint:** GENERAL

**Subjective:** 46 Y/O FEMALE RETURNS FROM GETTING A CT-SCAN OF THE HEAD TO R/O BRAIN
PATHOLOGY POSSIBLY SUSTAINED FROM A PAST HEAD INJURY, THAT MIGHT BE
CONTRIBUTORY TO CHRONIC
HEADACHES RELIEVED BY IBUPROFEN. NO MEDICAL COMPLAINTS. TRIP WENT
WELL. SHE FORGOT
TO TAKE BLOOD PRESSURE MEDS THIS AM.

**Pain Location:**

**Pain Scale:** 0

**Pain Qualities:**

**History of Trauma:**

**Onset:**

**Duration:**

**Exacerbating Factors:**

**Relieving Factors:**

**Comments:**

## OBJECTIVE:

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/23/2013 | 15:01 BRO | 97.6 | 36.4 | Oral | Saint Preux, John PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/23/2013 | 15:01 BRO | 77 | Via Machine | | Saint Preux, John PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 01/23/2013 | 15:01 BRO | 14 | Saint Preux, John PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/23/2013 | 15:01 BRO | 144/89 | Right Arm | Sitting | Adult-regular | Saint Preux, John PA-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/23/2013 | 15:01 BRO | 100 | Room Air | Saint Preux, John PA-C |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 01/23/2013 | 15:01 BRO | 151.0 | 68.5 | | Saint Preux, John PA-C |

"SENSITIVE BUT UNCLASSIFIED"

**Exam:**

General

EXHIBIT A-5

NEW YORK DOWNTOWN HOSPITAL
DEPARTMENT OF RADIOLOGY
170 WILLIAM STREET
NEW YORK, NY 10038

60158-054

PATIENT: MITCHEL ZZ,ELENE
MR#: 08270809          DOB: 10/26/1966          AGE/SEX: 46Y F
REFERRING LOCATION: RADIOLOGY
ORDERING PHYSICIAN: DUNCAN, GINA
DIAGNOSIS: HEAD TRAMA

EXAM: MBNWO          MR BRAIN WITHOUT CONTRAST
EXAM COMPLETION: 01/23/2013     1037     ORDER NUMBER:  173MR13
STATUS: Final

MR of the brain:

Clinical History: Previous history of head trauma approximately 3 years
ago. Chronic headaches which are getting progressively worse.

Technique: Sagittal and axial T1-weighted images of the brain were
obtained. Axial T2-weighted fluid-attenuated inversion recovery, fast
spin-echo T2-weighted, gradient-echo and diffusion-weighted images were
acquired.

Comparison: No previous examination is available for comparison.

Findings: The cerebral cortical sulci and ventricles are within normal
limits in size. There is no signal abnormality in the brain parenchyma. No
mass effect or extra-axial collection is seen. The diffusion weighted
images are unremarkable. No abnormal susceptibility effect is seen on the
gradient-echo axial images. The cerebellar tonsils are normal in position.
Normal flow-voids are seen in the internal carotid and basilar arteries.

The paranasal sinuses are well aerated. There appears to be some fluid in
right petrous apex air cells.

Impression: Normal MR of the brain.

There appears to be fluid in right petrous apex air cells.

Electronically Signed By: T377 Carl Johnson M.D.


R. Beaudouin, MD
Staff Physician
MDC Brooklyn

03/22/13

FINALIZED ON: 01/23/2013

10:00am

ⅠN

## Bureau of Prisons
## Health Services
## Consultation Request

| | |
|---|---|
| Inmate Name:  MITCHEL, ELENE | Reg #:  60158-054    Complex: BRO |
| Date of Birth:  10/26/1966 00:00 | Sex:  F |

**Consultation/Procedure Requested:**    OB/Gynecology

**Subtype:**

**Reason for Request:**
MYOMECTOMY.
46 YEAR OLD BLACK FEMALE WITH HX OF MENORRHAGIA, SECONDARY ANEMIA, LARGE MYOMATA 18
WEEKS SIZE, PLEASE SCHEDULE TO SEE DR ALLAN HO AT NYDH FOR MYOMECTOMY

**Provisional Diagnosis:**
MENORRHAGIA, SECONDARY ANEMIA, LARGE MYOMATA

**Medications (As of 01/12/2012)**
amLODIPine 10 MG TAB  Exp: 06/26/2012 SIG: Take one tablet by mouth each day to control blood pressure
Docusate Sodium 100 MG Cap  Exp: 06/26/2012 SIG: Take one capsule by mouth three times daily Take with a
glassful of water
Doxycycline Hyclate 100 MG Tab  Exp: 01/26/2012 SIG: Take one tablet by mouth twice daily for 14 days with food
then Take one tablet by mouth each day for 14 days with food
Ferrous Gluconate 324 (5 GR) MG Tab  Exp: 06/26/2012 SIG: Take one tablet by mouth three times daily with food
Hydrochlorothiazide 25 MG Tab  Exp: 06/26/2012 SIG: Take one tablet by mouth each morning to control blood
pressure
Metoprolol Tartrate  50 MG Tab  Exp: 06/26/2012 SIG: Take one tablet by mouth twice daily to control blood
pressure with food

**Allergies (As of 01/12/2012)**
No Known Allergies

**Health Problems (As of 01/12/2012)**
Benign essential hypertension, Axis I:  Dissociative fugue, Unspecified polyarthropathy or polyarthritis,
Dermatitis/eczema due to unspecified cause, Unspecified monoarthritis, Iron deficiency anemia, unspecified,
Dysmenorrhea, Other nonspecific findings on examination of urine, Axis II:  Deferred, Axis IV: Psychosocial and
environmental problems, External hemorrhoids without mention of comp, Axis V:  GAF 71 - 100, PPD+ Prophy
Refused, Axis III: Gen psych exam, see health prob list, Leiomyoma of uterus, unspecified, Low back pain, lumbago,
Other acne

**Inmate Requires Translator:**  No          **Language:**

**Additional Records Required:**

**Comments:**    3 0 bAYS .

Suggest Provera 10mg
daily to stop menses

**Requested By:** Dejkunchorn, Pichitra M.D.

**Ordered Date:** 01/09/2012 12:32

**Due Date:** 02/09/2012 00:00          2/29/12

**Priority:**

~ Consented to
gyth23lyz, D&C, polypectomy
Abd. myomectomy.
M Slledule OR time
. Coordinate
X   3/29/12
Generated 01/12/2012 14:18 by Beaudouin, Robert MD

TN 01/13/2012

Dr. R. Newland
Clinical Director, MDC Brooklyn
Health Services

Approved

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Name: | MITCHEL, ELENE | | Reg #: 60158-054 |
| Birth: | 10/26/1966 | Sex: F Race: BLACK | Facility: BRO |
| Enter Date: | 03/12/2012 15:54 | Provider: Dejkunchorn, Pichitra M.D. | Unit: A09 |

Follow-up encounter performed at Health Services.

## UBJECTIVE:

**COMPLAINT 1**    **Provider:** Dejkunchorn, Pichitra M.D.

**Chief Complaint:** OB/GYN

**Subjective:** Inmate is a 46 year old black female P 0030, came in today stated that heavy vaginal bleeding passing blood clots since 2/20/12 until today associate severe cramps, not alleviated by Ibuprofen. She went to NYDH Hospital two days ago for evaluation prior to surgery. She asked for stronger pain medication until schedule made.

**Pain Location:**
**Pain Scale:**
**Pain Qualities:**
**History of Trauma:**
**Onset:**
**Duration:**
**Exacerbating Factors:**
**Relieving Factors:**
**Comments:**

## OBJECTIVE:

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/12/2012 | 15:53 BRO | 87 | Brachial | Regular | Dejkunchorn, Pichitra M.D. |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/12/2012 | 15:53 BRO | 17 | Dejkunchorn, Pichitra M.D. |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/12/2012 | 15:53 BRO | 123/85 | Right Arm | Sitting | Adult-regular | Dejkunchorn, Pichitra M.D. |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/12/2012 | 15:53 BRO | 100 | Room Air | Dejkunchorn, Pichitra M.D. |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 03/12/2012 | 15:53 BRO | 149.0 | 67.6 | | Dejkunchorn, Pichitra M.D. |

**Exam:**

**General**      **"SENSITIVE BUT UNCLASSIFIED"**

   **Appearance/Nutrition**
     Yes: Appears Well, Alert and Oriented x 3, Appears in Pain, Pale

   **Affect**
     Yes: Cooperative, Irritable, Anxious

   **Abdomen**

Exhibit C

http://www.niams.nih.gov/Healt

**BROOKLYN MDC** BRO - A10-003L
30 29TH STREET - BROOKLYN, New York 11232
195955-BRO Lopez de Lasalle, Abigail 06/10/13
MICHEL, HELENE 60158-054
**Take one tablet by mouth each day**
****Transfer****

Norethindrone/Ethinyl estra + Fe 1.5/0.030M Tab
(0) Refills 10/21/13 ETA Refill Until: 12/07/13
#30 Don't Confiscate Before: 01/19/14
**CAUTION: Federal/State law prohibits transfer of this drug to any person other than patient for whom prescribed.**

combined with medroxyprogesterone acetate (MPA 2.5 mg) relative to placebo (See **CLINICAL PHARMACOLOGY, Clinical Studies.**)

The Women's Health Initiative Memory Study (WHIMS), a substudy of WHI, reported increased risk of developing probable dementia in postmenopausal women 65 years of age or older during 4 years of treatment with oral conjugated estrogens-plus-medroxyprogesterone acetate relative to placebo. It is unknown whether this finding applies to younger postmenopausal women or to women taking estrogen-alone therapy. (See **CLINICAL PHARMACOLOGY, Clinical Studies.**)

Other doses of oral conjugated estrogens with medroxyprogesterone acetate, and other combinations and dosage forms of estrogens and progestins were not studied in the WHI clinical trials and, in the absence of comparable data, these risks should be assumed to be similar. Because of these risks, estrogens with or without progestins should be prescribed at the lowest effective doses and for the shortest duration consistent with treatment goals and risks for the individual woman.

## DESCRIPTION

Each gram of ESTRACE® (estradiol vaginal cream, USP, 0.01%) contains 0.1 mg estradiol in a nonliquefying base containing purified water, propylene glycol, stearyl alcohol, white ceresin wax, mono- and di-glycerides, hypromellose 2208 (4000 cps), sodium lauryl sulfate, methylparaben, edetate di-sodium and *tertiary*-butylhydroquinone. Estradiol is chemically described as estra-1,3,5(10)-triene-3,17β-diol. It has an empirical formula of $C_{18}H_{24}O_2$ and molecular weight of 272.37. The structural formula is:

CH3
OH
HO

## CLINICAL PHARMACOLOGY

Endogenous estrogens are largely responsible for the development and maintenance of the female reproductive system and secondary sexual characteristics. Although circulating estrogens exist in a dynamic equilibrium of metabolic interconversions, estradiol is the principal intracellular human estrogen and is substantially more potent than its metabolites, estrone and estriol at the receptor level.

The primary source of estrogen in normally cycling adult women is the ovarian follicle, which secretes 70 to 500 mcg of estradiol daily, depending on the phase of the menstrual cycle. After menopause, most endogenous estrogen is produced by conversion of androstenedione, secreted by the adrenal cortex, to estrone by peripheral tissues. Thus, estrone and the sulfate conjugated form, estrone sulfate, are the most abundant circulating estrogens in postmenopausal women.

Estrogens act through binding to nuclear receptors in estrogen-responsive tissues. To date, two estrogen receptors have been identified. These vary in proportion from tissue to tissue.

Circulating estrogens modulate the pituitary secretion of the gonadotropins, luteinizing hormone (LH) and follicle stimulating hormone (FSH), through a negative feedback mechanism. Estrogens act to reduce the elevated levels of these hormones seen in postmenopausal women.

### Pharmacokinetics

***Absorption***

Estrogen drug products are absorbed through the skin, mucous membranes, and the gastrointestinal tract after release from the drug formulation.

***Distribution***

The distribution of exogenous estrogens is similar to that of endogenous estrogens. Estrogens are widely distributed in the body and are generally found in higher concentrations in the sex hormone target organs. Estrogens circulate in the blood largely bound to sex hormone binding globulin (SHBG) and albumin.

***Metabolism***

Exogenous estrogens are metabolized in the same manner as endogenous estrogens. Circulating estrogens exist in a dynamic equilibrium of metabolic interconversions. These transformations take place mainly in the liver. Estradiol is converted reversibly to estrone, and both can be converted to estriol, which is the major urinary metabolite. Estrogens also undergo enterohepatic recirculation via sulfate and glucuronide conjugation in the liver, biliary secretion of conjugates into the intestine, and hydrolysis in the gut followed by reabsorption. In postmenopausal women, a significant proportion of the circulating estrogens exist as sulfate conjugates, especially estrone sulfate, which serves as a circulating reservoir for the formation of more active estrogens.

***Excretion***

Estradiol, estrone, and estriol are excreted in the urine along with glucuronide and sulfate conjugates.

***Special Populations***

No pharmacokinetic studies were conducted in special populations, including patients with renal or hepatic impairment.

***Drug Interactions***

In vitro and in vivo studies have shown that estrogens are metabolized partially by cytochrome P450 3A4 (CYP3A4). Therefore, inducers or inhibitors of CYP3A4 may affect estrogen drug metabolism. Inducers of CYP3A4 such as St. John's Wort preparations (Hypericum perforatum), phenobarbital, carbamazepine, and rifampin may reduce plasma concentrations of estrogens, possibly resulting in a decrease in therapeutic effects and/or changes in the uterine bleeding profile. Inhibitors of CYP3A4 such as erythromycin, clarithromycin, ketoconazole, itraconazole, ritonavir and grapefruit juice may increase plasma concentrations of estrogens and may result in side effects.

### Clinical Studies

***Women's Health Initiative Studies***

The Women's Health Initiative (WHI) enrolled a total of 27,000 predominantly healthy postmenopausal women to assess the risks and benefits of either the use of oral 0.625 mg conjugated estrogens (CE) per day alone or the use of oral 0.625 mg conjugated estrogens plus 2.5 mg medroxyprogesterone acetate (MPA) per day compared to placebo in the prevention of certain chronic diseases. The primary endpoint was the incidence of coronary heart disease (CHD) (nonfatal myocardial infarction and CHD death), with invasive breast cancer as the primary adverse outcome studied. A "global index" included the earliest occurrence of CHD, invasive breast cancer, stroke, pulmonary embolism (PE), endometrial cancer, colorectal cancer, hip fracture, or death due to other cause. The study did not evaluate the effects of CE or CE/MPA on menopausal symptoms.

The CE/MPA substudy was stopped early because, according to the predefined stopping rule, the increased risk of breast cancer and cardiovascular events exceeded the specified benefits included in the "global index". Results of the CE/MPA substudy, which included 16,608 women (average age of 63 years, range 50 to 79; 83.9% White, 6.5% Black, 5.5% Hispanic), after an average follow-up of 5.2 years are

NEW YORK DOWNTOWN HOSPITAL
Department of Pathology
170 William Street, New York, NY 10038 - 2649
Tel: (212) 312 - 5000, Fax: (212) 312-5399

BRO # 60158 - 054

# SURGICAL PATHOLOGY REPORT

| | | | |
|---|---|---|---|
| **PATIENT:** | MITCHEL, ELENE ZZ | **ACCESSION #:** | DS-12-01356 |
| **Address:** | 60 29TH ST | **Med. Rec. #:** | 8270809 |
| | BROOKLYN, NY 11232 | **Location:** | 5C |
| **Date of Birth:** | 10/26/1966 Age: 45 Sex: F | **Service:** | SG |
| | | **Patient Type:** | Inpatient |
| **Physician:** | Allan W Ho, MD | **Date of Procedure:** | 03/22/2012 |
| | New York Downtown Hospital | **Date Accessioned:** | 03/22/2012 |
| | OPD-OB/GYN CLINIC 7A | | |
| | Phone: (212)312-5275 | | |
| | Fax: (212)312-5878 | | |

**SPECIMENS:**

    A. ENDOMETRIAL CURETTING
    B. UTERINE MYOMA
    C. ENDOMETRIAL MASS
    D. RIGHT OVARIAN CYST

**Pre - Op Diagnosis:** Fibroid uterus, menorrhagia.
**Post - Op Diagnosis:** Same. Plus endometrial mass.
**Surgical Procedure:** Hysteroscopy, D&C, abdominal myomectomy, excision of right ovarian cyst.

**CLINICAL INFORMATION:** 45 yo P1 with menorrhagia anemia and fibroid uterus.

**MACROSCOPIC DESCRIPTION:**

    A. EM CURETTING. The specimen is received in formalin and consist of multiple irregular tissue fragments and blood clots measuring 3.5 x 3.0 x 0.4 cm in aggregate. Representative sections are submitted in four cassettes.

    B. UTERINE MYOMA. The specimen is received in formalin and consist of multiple fibroids (X16), measuring from 7.5 cm to 1.0 cm in diameter and weighing 380 grams in total. The specimen is serially sectioned and cut surface shows white-tan whorled tissue. Representative sections are submitted in eleven cassettes.

    C. ENDOMETRIAL MASS. The specimen is received in formalin and consists of a light tan tissue fragment measuring 1.5 x 0.8 x 0.2 cm. The specimen is serially sectioned and submitted entirely in one cassette.

    D. RIGHT OVARIAN CYST. The specimen is received in formalin and consist a hemorrhagic cyst, measuring 1.5 x 1.0 x 0.8 cm. The specimen is serially sectioned and cut surface shows hemorrhagic change. Representative sections are submitted in two cassettes.

03/23/2012 15:57 by Borecky, Michael MD



# NEW YORK DOWNTOWN HOSPITAL  BRO# 60158-054.
Department of Pathology
170 William Street, New York, NY 10038 - 2649
Tel: (212) 312 - 5000, Fax: (212) 312 - 5399

PATIENT:  MITCHEL, ELENE ZZ  ACCESSION #:  OS-12-01356

## DIAGNOSTIC INTERPRETATION:
A. ENDOMETRIUM CURETTING;
- FRAGMENTS OF ENDOMETRIAL POLYP.
- FRAGMENTS OF ENDOCERVICAL TISSUE WITH IMMATURE SQUAMOUS METAPLASIA.
- BLOOD CLOTS.

B. UTERINE MYOMA;
- CELLULAR LEIOMYOMATA.

C. ENDOMETRIAL MASS:
- FRAGMENTS OF ENDOMETRIUM AND MYOMETRIUM WITH THE CHANGES
SUGGESTIVE OF INFRACTED MYOMA WITH GRANULATION TISSUE.

D. RIGHT OVARIAN CYST;
- HEMORRHAGIC CORPUS LUTEAL CYSTS.

NUMBER OF SLIDES/NUMBER OF BLOCKS: A)8/4; B)11/11; C)1/1; D)2/2

CHARGE CODE: 88307, 88305 x2, 88304 (ICD 9# V72.60, 218.9)

Final Diagnosis performed by
Huaibao Sheng MD
Electronically signed 03/28/2012 10:55:31AM

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | MITCHEL, ELENE | | | | Reg #: | 60158-054 |
| Date of Birth: | 10/26/1966 | | Sex: F | Race: BLACK | Facility: | BRO |
| Note Date: | 03/23/2012 20:11 | | Provider: | Beaudouin, Robert MD | Unit: | Z01 |

Community Hospital Report encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**      **Provider:** Beaudouin, Robert MD

SPOKE WITH DR. HO, THE OB-GYN ATTENDING.
POST OP DAY 1.
THE MYOMECTOMY WENT WELL.  HE REMOVED 19 FIBROIDS. THE VOLUME AND SHAPE OF THE
UTERUS ARE NOW NORMAL.
SHE DID NOT BLEED MUCH DURING THE SURGERY., BUT POST- OP , HER HEMOGLOBIN DROPS
FROM 8 TO 5. SHE REFUSES BLOOD TRANSFUSION.
SHE IS STABLE, SHE STATES SHE FEELS WELL.
PLAN  IS FOR DISCHARGE IN 3-4 DAYS.

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 145182-BRO | amLODIPine 10 MG TAB | 03/23/2012 20:11 | Take one tablet by mouth each day to control blood pressure |
| | **Discontinue Type:**   *When Pharmacy Processes* | | |
| | **Discontinue Reason:** *Outside Hospital* **Indication:** | | |
| | **One Time Dose Given:** | | |
| 147695-BRO | Amitriptyline  25 MG Tab | 03/23/2012 20:11 | Take one tablet by mouth each evening ***pill line*** (headache) |
| | **Discontinue Type:**   *When Pharmacy Processes* | | |
| | **Discontinue Reason:** *Outside Hospital* **Indication:** | | |
| | **One Time Dose Given:** | | |
| 147696-BRO | Calcium Citrate/Vit D 315MG/250IU Tab | 03/23/2012 20:11 | Take one tablet by mouth each day with food |
| | **Discontinue Type:**   *When Pharmacy Processes* | | |
| | **Discontinue Reason:** *Outside Hospital* **Indication:** | | |
| | **One Time Dose Given:** | | |



EXHIBIT E-1

60158-054

NEW YORK DOWNTOWN HOSPITAL
170 William Street
New York, NY 10038

MITCHEL, ELENE
MR# [illegible] VISIT# 2823508
[illegible] APHCASE
[illegible] 45 F
[illegible]
[illegible] JOAL

# DISCHARGE TEACHING AND PLAN

## DISCHARGE TEACHING AND PLAN:

1. Discharge Date: 3/26/12 Discharge Time: 11 ☑ AM ☐ PM Discharge Wt: 140 lbs.
As indicated, including CHF/Cardiac, Renal, Bariatric, Liver

2. Discharge:
☑ Home
☑ Self Care / Family Care / correctional facility
☐ CHHA (Agency name/number: )
☐ HA (Agency name/number )
☐ Parent / Guardian
☐ SNF
☐ Acute Rehab facility
☐ Subacute Rehab facility
☐ Shelter
☐ Other:

3. Other notes or arrangements:

4. Your Social Worker is:
Name: Sharon Finn Phone: (212) 712 8000

5. Nursing Discharge Teaching:
☐ Disease-specific teaching form(s) reviewed with patient. Patient received copy. Form name(s):
☐ Smoking cessation advice given to patient (smoker within past 12 months).
☑ Non-smoker.

R. Beaudouin, MD
Staff Physician
MDC Brooklyn
RB 3/27/12

6. Special Teaching:
☑ Treatments/procedures for home care (list below).
☑ Symptoms to report to your doctor (list below).
☑ Medications / medication instructions reviewed with patient (from MASTER MEDICATION AND ALLERGY LISTING). Each medication must be individually reviewed)

Language barrier:
Language Assistance / Interpretation Services
Method: ☐ Language Line ☐ Video Service ☐ Non-hospital interpreter
☐ Staff Interpreter: Print Name: ______ Signature: ______ Date: ______ Time: ______
☐ Refused Hospital Interpretation Service

☐ Patient was identified to be at increased risk for FALL during this hospitalization
☐ Other: please follow MD orders: pelvic rest; no heavy lifting for 6 weeks. follow up with Dr. Ho in 10-14 days. if you experience any pain, bleeding, fever please call MD or get emergency service, if its an emergency. Take prescriptions as ordered: ferrous sulfate 3x/day, Colace 2x/day & percocet as needed, every 3-4 hours for pain.

7. Discharge-Accompanied by:
☐ Parent/Guardian ☐ Family ☐ Friend ☐ Caregiver ☑ Other escort: Marshall ☐ No escort

8. Nursing:
Name (print): Cate O'Leary Signature: [signature] RN Date: 3/26/12

9. Patient / surrogate / caregiver signature:
I have received copies of the **Discharge Information/Resume** and **Discharge Teaching Plan**, and understand the instructions that have been provided. I have been provided information regarding all the discharge medications listed on the **Master Medication and Allergy Listing** and have been given a copy of the listing.

Name: [signature] Date: 3/26/12

**NEW YORK DOWNTOWN HOSPITAL**

170 William Street
New York, NY 10038
(212) 312-5000

MITCHEL, ELENE
... ... ... ...     VISIT# 28?3508
... ...     NAPHCARE
... ... ... ...     F

# DISCHARGE SUMMARY

| 1. Discharge Date: 3/26/12   Discharge Time: 11  ☑AM ☐PM | ... ...   PAGE 1 OF 1   JDAL |
|---|---|

| 2. Brief History / Chief Complaint: | 4. Principal Diagnosis (that condition, established after study, for which the patient was admitted): |
|---|---|
| 45 yo P1G11 w/ enlarged, fibroid uterus | Fibroids/enlarged uterus |

| 3. Summary of Hospital Course, including pertinent exam findings, diagnostic results, significant events of hospitalization: | 5. Additional Diagnoses / Co-morbidities / Complications: |
|---|---|
| S/P: Abdominal Myomectomy, D&C, Hysteroscopy | |

R. Beaudouin, MD
Staff Physician
MDC Brooklyn   3/27/12

**6. Procedures Performed**
Abdominal Myomectomy
D&C
Hysteroscopy

**7. Advanced Directives:**
☑None  ☐DNR  ☐Living Will  ☐Health care proxy  ☐Other: _____

**8. Discharge Condition:**
☐Improved  ☑Stable  ☐Unchanged  ☐Symptom Free  ☐Expired  ☐Other: _____

**9. Discharge Disposition:**
☑Home  ☐Other Acute Care Hospital  ☐SNF  ☐AMA  ☐Correctional Facility  ☑Other: _____

**10. DISCHARGE MEDICATIONS**
Complete the Section C of the MASTER MEDICATION AND ALLERGY LISTING form, referencing the Patient's home medication list (Section A) and all medications administered during the Hospital stay. This list will be provided to the patient.

| 11. Activity: | 12. Diet: | 13. Medical Follow-up: | 14. Follow-up with a physician if (☑ those that apply): |
|---|---|---|---|
| ☐No restrictions. | ☑No restrictions. | ☐Personal Physician: _____ | ☐Symptoms worsen or do not improve |
| ☐Restricted as follows: | ☐Limit to ___ cal/day. | ☐Clinic: _____ | ☐Daily weights (CHF) |
| PELVIC | ☐Limit Salt to ___ grams/day. | ☐Other: Dr Ho | ☐Weight gain of ___ lbs. (CHF) |
| REST | ☐Limit fluid to ___ L/day. | IN 10-14 DAYS | ☑Pain ☐Bleeding ☐Fever ☐Difficulty breathing |
| | ☐Other: _____ | | ☑Swelling ☐Vomiting ☐Other: _____ |

**15. Other Discharge Instructions:**  No heavy lifting x 6 wks.

**16. Smoking Cessation Counseling**
☐Counseling provided  ☑Non-Smoker / No Counseling

**17. Resident Physician:** _____  Date: 3/26/12   TESDY TID

**18. Attending Practitioner:** _____
☐MD  ☐DO  ☐DDS  ☐   Date: _____

11034 (RBK 219A)   Rev. 3/10

Original: Medical Records   Copy 1: Patient   Copy 2: Practitioner

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Name: MITCHEL, ELENE | | | Reg #: 60158-054 |
| Birth: 10/26/1966 | Sex: F   Race: BLACK | | Facility: BRO |
| Enter Date: 09/24/2012 12:11 | Provider: Dejkunchorn, Pichitra M.D. | | Unit: A10 |

Consultation encounter performed at Health Services.

## OBJECTIVE:

**COMPLAINT 1**          Provider: Dejkunchorn, Pichitra M.D.

### Chief Complaint: OB/GYN

**Subjective:** Inmate is a 46 year old Black female P 1021 LMP  9/19/12 x 5 days, came in for evaluation of dysmenorrhea, and scanty blood  flow, since Abdominal Myomectomy since 3/22/2012. Counseling her due to many previous surgeries which lead to adhesion scars intrapelvic peritoneum causing pelvic pain. She had Myomectomy for 16 uterine fibroids, pathology reported as endometrial polyp and endometrial tissue adhere to uterine fibroid. Counseling her for oral contraceptives' pill to regenerate her endometrial lining, with risks/benefits explained. She understand and agreed to the advises. Monthly self breast examination was instructed, she agreed to follow the advises. She needed annual screening Mammogram.

Pain Location:
Pain Scale:
Pain Qualities:
History of Trauma:
Onset:
Duration:
Exacerbating Factors:
Relieving Factors:
Comments:

**OBJECTIVE:**
se:

[Prescription label:]

http://www.niams.nih.gov/Healt

**BROOKLYN MDC**          BRO - A10-003L
90 29TH STREET · BROOKLYN, New York 11232
195955-BRO  Lopez de Lasalle, Abigail          06/10/13
MICHEL, HELENE          60158-054
Take one tablet by mouth each day
**Transfer**

Norethindrone/Ethinyl estra + Fe 1 5/0.030M Tab
(0) Refills     10/21/13  ETA          Refill Until:  12/07/13
#30                          Don't Confiscate Before:  01/19/14
CAUTION: Federal/State law prohibits transfer of this drug
to any person other than patient for whom prescribed.

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/24/2012 | 12:18 BRO | 68 | Via Machine | Regular | Dejkunchorn, Pichitra M.D. |

pirations:

| Date | Time | | Rate Per Minute | Provider | |
|---|---|---|---|---|---|
| 09/24/2012 | 12:18 BRO | | 16 | Dejkunchorn, Pichitra M.D. | |

d Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/24/2012 | 12:18 BRO | 128/80 | Right Arm | Sitting | Adult-regular | Dejkunchorn, Pichitra M.D. |

ght:

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 09/24/2012 | 12:18 BRO | 145.0 | 65.8 | | Dejkunchorn, Pichitra M.D. |

n:

### General

**Affect**
Yes: Cooperative, Anxious

**Appearance**
Yes: Appears Well, Alert and Oriented x 3, Appears in Pain

## Federal Correctional Institution
## FCI /FPC Aliceville

### Sick Call Request/Triage and Medication Refill Form
Formulario para obtener una cita medica y para rellenar medicinas

**Do not place the sick call request in the institution mail.**
Failure to complete this form or follow any procedure delays processing your sick call complaint.
Llene este formulario completamente y traigalo al Servicio de Salud para ponerlo en la caja designada para sick call. No ponga este pedido para cita medica en el correo de la institucion. No seguiendo este procedimiento o llenando este formulario incompletamente, tardara su cita medica.

(PLEASE PRINT)
NAME: _Michel  Helene_ (Nombre)

REG. No.: _60158-054_ (Numero de Registro)

Signature: _____ (Firma)   UNIT: _C1_ (Unidad)

Today=s Date: _12/14/13_ (Fecha de Hoy)

What is your medical problem? (Cual es su problema medico?) _syncope, headache, pain concentration, vomiting, having trouble remembering._

When did your problem begin or how long have you had the problem? (Cuando comenzo su problema/ Cuanto tiempo ha tenido su problema?) _about 8 years ago   When I fell and my head on concrete floor_

When were you last seen for your problem? (Cuando fue la ultima vez que lo vieron por su problema?) _a_

History of medical problems? (Circle)   Diabetes   Hypertension   Cardiac Disease   Asthma
Immunocompromised   Mental Health Problems

Por cuanto tiempo tiene este problema? (Circule uno) Diabetis   Hypertencion   Enfermedad Cardiaca   Astma
Immunocomprometida   Enfermedad Mental

Are you taking medicine? (Circle one) **YES**   NO   (Estas tomando medicina - Circule uno)  (Si)  {No}

Do you Need Refills? (Circle one)   YES   **NO**   (Necesitas rellenar tus medicinas? )   {Si}  (No)

If yes, what is the name(s) of the medication(s) you need refilled? _loestrin 1.5 mg_   _I had a major surgery at MDC. they failed to see me about to see the specialist the doctor history bed this_

Cual es el nombre de las medicinas que necesita rellenar? _____

Have you had an injury?   YES   **NO**   If YES, do you have pain? (Circle one)  **YES**  )NO   _sent me back to see_
(Le ha lesionado?)   (Si)  (No)   (Tienes dolor?)   (Circule Uno) (Si)  (No)   _the specialist the doctor present_

If yes, how long have you had pain: _____   If YES, where is your pain? (Si contestas Si, donde estas su dolor?) _____   _for_

(Por cuanto tiempo?)   _my_

If yes, rate your pain (circle one)   1   2   3   4   5   6   7   **8**   **9**   10   _without the_
(Como quantifica su dolor (circule uno)   (0- No pain, 1-2 Mild, 3-4 Discomfort, 5-6 Moderate, 7-8 Severe, 9-10 Worst pain possible)   _symptoms_
(0- No dolor, 1-2 Poco dolor, 3-4 Leve dolor, 5-6 Dolor moderado, 7-8 Dolor severo, 9-10 Peor dolor)

All non-medical problem requests including copies of Medical Records should be sent by regular Cop-Out through the institutional mail system.
(Todos los problemas que no son de indole medicos, incluyendo copias de su record medico, seran dirigidos atravez de un Cop-Out y puesto en el correo de la institucion)

_worse.
I need to
see Results
of my OB/
GYN
Sau Ms.
King_

_____ Do not write below this line _____
(No escriba abajo de esta linea)

*****************************************************************************************

TO BE COMPLETED BY HEALTH SERVICES STAFF ONLY.

Date Scheduled to be Seen: _____ _____   HSU Staff Signature: _____

Health Care Provider
Comments: _____   _12/14/13_

EXHIBIT G-3

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Counsellor Bovell | DATE: 1/5/14 |
|---|---|
| FROM: Michel Helene | REGISTER NO.: 60158-054 |
| WORK ASSIGNMENT: | UNIT: C |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.  Continue
on back, if necessary.  Your failure to be specific may result in no action being taken.
If necessary, you will be interviewed in order to successfully respond to your request.)

Dear Counsellor Bovell, I need to see the
doctor, Regarding Rivastrim 1.5mg, I came in with it from
MDC Brooklyn, the DA took it from me and since
then I have not gotten any meds. I have no
feeling in my feet for the past few weeks since
I stop taking the meds + other symptoms, Ms. Taylor,
medical Administrator told me today there
Would be no doctor to see me. It has
been like that for the past 2 weeks.
I really need a [?] — Thank you, Helene
michel

(Do not write below this line)

and BP-S148.070 APR 94

ALI 1330.17
October 15, 2012
Attachment A

## INFORMAL RESOLUTION REQUEST (IRR) FORM

| Inmate Name | MICHEL, HELENE | Register Number | 60158-058 |
|---|---|---|---|

### INFORMAL RESOLUTION PROCESS

Briefly state the specific complaint, including details and facts which support your request and the date on which the basis for your complaint occurred, your recommended resolution, and the actions you have taken and to whom you have spoken to resolve your complaint in Section 1.  Return the form to your Correctional Counselor or other Unit Team staff designated by the Unit. If all efforts at informal resolution fail, you will be issued a BP-9 form in which you may proceed in accordance with our policies and outlined in the institution supplement. The informal resolution process is not in any manner intended to prohibit you from pursuing complaints through this program. It is intended to ensure that all parties attempt to informally resolve an issue prior to initiating the formal process of filing an Administrative Remedy.

### SECTION 1
Briefly state your specific complaint, recommended solution, and actions you have taken to resolve.  (Please Print)

*My specific complaints are: I have no feeling in my feet. I have asked to see the doctor many times to no avail (?) they took my medication when I came 16 months ago that alleviated symptoms of pain & suffering from the negligence of misprescription. Suspension and tear in L5S7 RLW D. I need to see a physician & I need the BK Injection's*

### SECTION 2
Date Received by Counselor for Response: *No response as of 9 - 2014*
Summary of fact-finding:

Actions taken to resolve informally: *No Response from Medical*

Explain reasons for no resolution: *No Response from Medical*

| | | |
|---|---|---|
| Date IRR form Issued to Inmate: *1-9-14* | Unit Team Name (print): *R. Bovee* |
| Date IRR form Returned to Staff: *1-28-14* | Unit Team Name (print): *R. Bovee* |
| Date Inmate Issued BP-9: *2-20-14* | Unit Team Name (print): *R. Bovee* |
| Date Unit Manager/Camp Administrator Reviewed & Signature: | |

### SECTION 3
On _____ (date), this issue was informally resolved.  Inmate Signature

Distribution:  (1) If complaint is informally resolved, forward the original, signed and dated by the inmate, to the Correctional Counselor for filing.  (2) If complaint is NOT informally resolved, forward original, attached to BP-9, to the Coordinator's office for processing by the Clerk.

*(handwritten margin notes):* I need a specialist immediately and named. I need to go see a specialist to find out what is happening to my body. I need to get help for my constant headache from head injury.

*Medical*

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 18, 2014

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTHEAST REGIONAL OFFICE

TO  : HELENE MICHEL, 60158-054
      ALICEVILLE FCI    UNT: C UNIT    QTR: C01-221L
      P.O. BOX 445
      ALICEVILLE,  AL 35442


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 771708-R1      REGIONAL APPEAL
DATE RECEIVED  : MARCH 12, 2014
SUBJECT 1      : MEDICAL CARE - IMPROPER OR INADEQUATE
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.



U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: **Michel, Helene        60158-054        CI        MDC/Aliceville, Alabama**
      LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A - REASON FOR APPEAL**

The reason for this appeal is to inform you that the Federal Bureau of Prisons/Metropolitan Detention Center have neglected to provide me the proper medical care that I needed in a timely manner and their lack of care has caused me a lot of pain and suffering which I will have to deal with the rest of my life on a daily basis.

2/24/14
DATE                                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE                                                    REGIONAL DIRECTOR

-If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                              CASE NUMBER: _____

**Part C - RECEIPT**

                                                       CASE NUMBER: _____

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

                                    SIGNATURE, RECIPIENT OF REGIONAL APPEAL.

Elene Michel/ Helene Michel 60158
FCI Aliceville
P.O.Box 4000
Aliceville, AL 35442

February 24,2014

My name is Elene Michel. I have been incarcerated since July 12, 2007 between July 2007 to October 2013 I was detained at (MDC) Metropolitan Detention Center in Brooklyn. I was also at (MCC) Metropolitan Correction Center in Manhattan in 2008 and 2011 for brief period of time for mental health evaluations ordered by judge Bianco.

When I arrived at MDC after my arrest I had explained to the medical staff that I have a history of fibroids and I would need close follow-up, since I had a sonogram just prior to my arrest I would need to be check out the next year, if I am still in their custody. The doctor explained to me that they donnot have an OBGYN but one is supposed to come on board soon. A year went by, two years have passed, three years went by I was not seen by a specialist, I kept warning them that my uterus felt big like I am pregnant." I had developed fibroids the size of grapefruits they told me when the medical doctor examined me. Few months later, I started to bleed outside of my menstrual cycle and I bled profusely, hemorrhaging day and night nonstop for more than a year, they increased iron prescription to three times a day I was bleeding more than I was making red blood cells. I became very anemic and size of my uterus kept growing at this point I had a physical examintion by the general doctor that said that uterus was the size of a five to seven months pregnancy.

Finally, they took me to the hospital to have a sonogram. The sonogram revealed the extent of the damage that was done, that was in 2012. After they received the result of the sonogram, MDC sent me to New york Downtown hospital to see a surgeon. The specialist explained to me that he cannot save my uterus because the fibroids are too big and too much. I pleaded with the surgeon to remove just the fibroids and save my uterus because I did not want to go into menopause so early since I started my menses after the age of fifteen. But that is exactly what happened. The fibroids were so big that the surgeon had to remove all the essential membranes that are largely responsible for development and maintenance of the female reproductive system and sexual characteristics (estrogen).

The primary source of estrogen normally is the ovarian follicle, which secretes 70 to 500mcg of estradiol daily (the principal intracellular human estrogen). Estrogens act throgh biding to nuclear receptors to modulate the pituitary secretion of the gonadotropins, luteinizing hormone (LH) and follicle stimulating hormone (HSH) through a negative feedback mechanism. I received two blood transfusion due to excessive bleeding.

Three to six months after the surgery, I reported to the medical staff of MDC I stopped menstruating, my hair was falling rapidly, I was experiencing hot flashes and night sweat, skin disorders, mood changes, lack of energy to perform daily tasks ect.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: APRIL 21, 2014

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      ALICEVILLE FCI

TO  : HELENE MICHEL, 60158-054
      ALICEVILLE FCI    UNT: C UNIT    QTR: C01-221L
      P.O. BOX 445
      ALICEVILLE, AL 35442


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 776177-F1      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : APRIL 21, 2014
SUBJECT 1       : MEDICAL CARE - IMPROPER OR INADEQUATE
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU MUST PROVIDE MORE SPECIFIC INFORMATION ABOUT YOUR
                 REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED. WE NEED
                 TO KNOW YOUR SPECIFIC CONCERN AND HOW IT RELATES TO
                 THE BUREAU'S ASPECT OF YOUR CONFINEMENT.

REJECT REASON 2: YOU MAY ONLY SUBMIT ONE CONTINUATION PAGE, EQUIV. OF ONE
                 LETTER-SIZE (8.5 X 11) PAPER.  TEXT ON ONE SIDE.  THE
                 TEXT MUST BE LEGIBLE.

REMARKS         : INMATE COMPLAINS OF LACK OF PROPER MEDICAL CARE, BUT
                 DOES NOT PROVIDE SPECIFIC INFORMATION ON THE BP-229


RECEIVED
AP 21
BY: S. Symmonds

**U.S. DEPARTMENT OF JUSTICE** **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

EXHIBIT G-*8

FC-L
Alice ville

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: MICHEL , HELENE     60158-054    C-1    MDC
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A– INMATE REQUEST** the reason for this appeal is to inform you that the Federal Bureau of Prisons / MDC Brookly Metropolitan Detention Center in Brooklyn have neglected to provide to me the proper medical diagnostic that I needed in a timely manner and their lack of care has caused me a lot of pain and suffering for which I am still suffering and not able to get any relief.

DATE 4/10/14        Helene Michel
     DATE                  SIGNATURE OF REQUESTER

**Part B– RESPONSE**

RECEIVED
BY S. Spruneck

_____

DATE                                WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**             CASE NUMBER: 776177-F1

_____

                                            CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
     LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____

DATE                                 RECIPIENT'S SIGNATURE (STAFF MEMBER)      BP–229(13)

Elene Michel/ Helene Michel 60158-054
FCI Aliceville
P.O.Box 4000
Aliceville, AL 35442


US Department of Justice
Re: Regional Administrative Remedy Cont-


My name is Elene Michel. I have been incarcerated since July 12,
2007 between July 2007 to October 2013 I was detained at Metropoli-
tan Detention Center (MDC) in Brooklyn. I was also at Metropolitan
Correction Center in Manhattan (MCC) in 2008and 2011 fot brief pe-
riod of time for mental health evaluations ordered by judge Bianco.
When I arrived at MDC after my arrest I had explained to the
medical staff that I have a history of fibroids and I would need
close follow-up, since I had a sonogram just prior to my arrest I
I would need to be check out the next year, if I was still in their
custody. The general physician had explained to me that they do not
have a OBGYN but one is supposed to come on board soon. A year went
by, two years have passed, three years went by I was not seen by a
specialist, I kept warning them that: "My uterus felt pregnant." The
medical doctor examined me and told me that I had developed fibroids
the size of grapefruits. Few months later, I started to bleed outside
of my menstrual cycle I bled profusely, hemorrhaging day and night
nonstop for more than a year, they increased my iron prescription to
three times a day I was bleeding more than I was making red blood
cells. I became very anemic passing out on a daily basis and the size
of my uterus continued to grow. I had another physical examination by
the general practioner that revealed that the uterus was the size of
five to seven months pregnant.

Finally, they took me to the hospotal to have a sonogram. The sono-
gram exposed the extent of the damage that was done, that was in 2012.
After they received the result of the sonogram I waited for period of
time before they sent me to New York Downtown Hospital to see a sur-
geon. The specialist explained to me that he cannot save my uterus
because the fibroids were too many and too big. I pleaded with him to
remove just the fibroids and save my uterus because I know the conse-
quences of hysterectomy also I started my menses after the age of fif-
teen. But that was exactly what happened. The fibroids were so big that
the surgeon had to remove all the essential membranes that are largely
responsible for development and maintenance of the female reproductive
system and sexual characteristics(estrogen).
The primary source of estrogen normally is the ovarian follicle,
which secretes 70 to 500mcg of estradiol daily (the principal intra-
cellular human estrogen). Estrogens act through binding to nuclear
receptors to modulate the pituitary secretion of gonadotropins,
luteinizing hormone (LH) and follicle stimulating hormone (FSH)
through a negative feedback mechanism.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JULY 3, 2014

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      ALICEVILLE FCI

TO  : HELENE MICHEL, 60158-054
      ALICEVILLE FCI    UNT: C UNIT    QTR: C01-221L
      P.O. BOX 445
      ALICEVILLE,  AL 35442


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 776177-F2    ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : JULY 2, 2014
SUBJECT 1       : CONSULTANT REFERRALS, RECOMMENDATIONS
SUBJECT 2       : OTHER WOMEN'S MEDICAL ISSUES
INCIDENT RPT NO:

REJECT REASON 1: YOU MAY RESUBMIT YOUR REQUEST IN PROPER FORM WITHIN
                 5 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REJECT REASON 2: YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.

REJECT REASON 3: SEE REMARKS.

REMARKS         : ORIGINAL 229 REJECTED 4/21/2014; RESUB 6/30/2014;
                  STAFF MUST PROVIDE WRITTEN JUSTIFICATION FOR DELAY
                  IN RESUBMISSION

U.S. DEPARTMENT OF JUSTICE                                    **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

EXHIBIT G- 9a

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | Michel, Elene | 60158-054 | C-1 | MDC Brooklyn |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A- INMATE REQUEST**  The reason for this appeal is that I had a surgery in March 2012 that was caused by the negligence of the institution. After the surgery, I became a menopausal woman and I was never sent back to see the surgeon or a specialist for follow-up. I have been going through night sweat, skin discoloration, hair lost, terrible hot flashes, lack of energy to perform simple tasks. MDC had prescribed birth control medication for me, since my arrival at Aliceville, they had been discontinued and no other relief is provided. I have written multiple requests about this at MDC and at Aliceville. I need some answers as to what is going on with my body. I need some ~~some~~ help. When I arrived at MDC back in 2007, I had told them that I was prone to fi- froids. They ignored my many requests for follow-ups. The same issue is rea- ccuring. I need to see a specialist.

_6/30/14_
DATE

_____
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____                    _____
DATE                               WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                    CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                                  CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

_____          ⊕                    _____
    DATE                                      RECIPIENT'S SIGNATURE (STAFF MEMBER)          BP-229(13)
USP LVN        PRINTED ON RECYCLED PAPER                                                    APRIL 1982

**U.S. DEPARTMENT OF JUSTICE**                                    **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|

**Part A– INMATE REQUEST**

 

---

| DATE | SIGNATURE OF REQUESTER |
|---|---|

**Part B– RESPONSE**

 

---

| DATE | WARDEN OR REGIONAL DIRECTOR |
|---|---|

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**                    CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                                                                CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|

SUBJECT: _____

| DATE |  | RECIPIENT'S SIGNATURE (STAFF MEMBER) | BP–229(13) |
|---|---|---|---|

Elene Michel/ Helene Michel 60158-054
FCI Aliceville
P.O.Box 4000
Aliceville, AL 35442

US Department of Justice
Re: Regional Administrative Remedy Cont-

My name is Elene Michel. I have been incarcerated since July 12, 2007 between July 2007 to October 2013 I was detained at Metropolitan Detention Center (MDC) in Brooklyn. I was also at Metropolitan Correction Center in Manhattan (MCC) in 2008and 2011 fot brief period of time for mental health evaluations ordered by judge Bianco.

When I arrived at MDC after my arrest I had explained to the medical staff that I have a history of fibroids and I would need close follow-up, since I had a sonogram just prior to my arrest I I would need to be check out the next year, if I was still in their custody. The general physician had explained to me that they do not have a OBGYN but one is supposed to come on board soon. A year went by, two years have passed, three years went by I was not seen by a specialist, I kept warning them that: "My uterus felt pregnant." The medical doctor examined me and told me that I had developed fibroids the size of grapefruits. Few months later, I started to bleed outside of my menstrual cycle I bled profusely, hemorrhaging day and night nonstop for more than a year, they increased my iron prescription to three times a day I was bleeding more than I was making red blood cells. I became very anemic passing out on a daily basis and the size of my uterus continued to grow. I had another physical examination by the general practioner that revealed that the uterus was the size of five to seven months pregnant.

Finally, they took me to the hospital to have a sonogram. The sonogram exposed the extent of the damage that was done, that was in 2012. After they received the result of the sonogram I waited for period of time before they sent me to New York Downtown Hospital to see a surgeon. The specialist explained to me that he cannot save my uterus because the fibroids were too many and too big. I pleaded with him to remove just the fibroids and save my uterus because I know the consequences of hysterectomy also I started my menses after the age of fifteen. But that was exactly what happened. The fibroids were so big that the surgeon had to remove all the essential membranes that are largely responsible for development and maintenance of the female reproductive system and sexual characteristics(estrogen).

The primary source of estrogen normally is the ovarian follicle, which secretes 70 to 500mcg of estradiol daily (the principal intracellular human estrogen). Estrogens act through binding to nuclear receptors to modulate the pituitary secretion of gonadotropins, luteinizing hormone (LH) and follicle stimulating hormone (FSH) through a negative feedback mechanism.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JULY 21, 2014


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      ALICEVILLE FCI

TO  : HELENE MICHEL, 60158-054
      ALICEVILLE FCI    CAMP CAMP    QTR: C01-221L
      P.O. BOX 445
      ALICEVILLE, AL 35442


FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 776177-F3      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : JULY 21, 2014
SUBJECT 1       : MEDICAL CARE - IMPROPER OR INADEQUATE
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REJECT REASON 2: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS         : STAFF MUST PROVIDE WRITTEN JUSTIFICATION ON LETTER
                  HEAD FOR YOUR UNTIMELINESS IN FILING. TWO MONTHS
                  IN BETWEEN FILINGS IS OUTSIDE 20-DAY LIMIT.

Received by Ms. Larator July 25th 2014

U.S. DEPARTMENT OF JUSTICE     **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

EXHIBIT G-10a

*Type or use ball point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _Michel, Elene_ _60158-054_ _C1_ _MDC/Brooklyn_
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION FCI Aliceville

**Part A– INMATE REQUEST** The reason for this appeal is that I had a surge-
ry in March 2012 that was caused by the negligence of MDC
Brooklyn. After the surgery, I became a menopausal wo-
men and I was never sent back to see the surgeon or a special-
ist for follow-up. I have been going through night sweat, skin
discoloration, hair lost, terrible hot flashes lack of energy to
perform simple daily tasks. MDC had prescribed birth con-
trol medication for me, since my arrival at Aliceville, they
have been discontinued and no relief is provided.
The reason why this 229 is delayed is that I went to see Dr.
Mc Cullugh right after I received the 4/21/14 Rejection and
she had promised to do a pap smear & mammogram, before
7/8/14 she could prescribed the meds. But nothing has
happened, this 229 request ___
DATE     I received     SIGNATURE OF REQUESTER 7/7/14 from
                                                      Ms. Lavata---

**Part B– RESPONSE**

_____     _____
DATE                        WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                    CASE NUMBER: _____

                                                  CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____     _____     _____     _____
           LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____     _____
DATE                        RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                              BP–229(13)
                                                     APRIL 1982

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _____
　　　LAST NAME, FIRST, MIDDLE INITIAL　　　　　REG. NO.　　　　　UNIT　　　　　INSTITUTION

**Part A– INMATE REQUEST**

_____ DATE　　　　　　　　　　SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____ DATE　　　　　　　　　WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE　　　　　CASE NUMBER: _____

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
　　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　　REG. NO.　　　　UNIT　　　　INSTITUTION

SUBJECT: _____

_____ DATE　　　　　　　　RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP–229(13)
APRIL 1982
USP LVN

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

# REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

## Part A– INMATE REQUEST

_____   _____

DATE | SIGNATURE OF REQUESTER

## Part B– RESPONSE

_____   _____

DATE | WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**SECOND COPY: RETURN TO INMATE**                    CASE NUMBER: _____

---

CASE NUMBER: _____

## Part C– RECEIPT

Return to: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

SUBJECT: _____

_____   _____

DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER)

PRINTED ON RECYCLED PAPER

BP-229(13)
APRIL 1982

USP LVN

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _____
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**

_____          _____
DATE                             SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____          _____
DATE                             WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

THIRD COPY: RETURN TO INMATE                          CASE NUMBER: _____

                                                      CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

SUBJECT: _____

_____                    _____
DATE                                        RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

BP–229(13)
APRIL 1982

PRINTED ON RECYCLED PAPER

EXHIBIT G-10b

Elene Michel / Helene Michel 60158
FCI Aliceville
P.O.Box 4000
Aliceville, AL 35442

My name is Elene Michel. I have been incarcerated since July 12, 2007 between July 2007 to October 2013 I was detained at (MDC) Metropolitan Detention Center in Brooklyn. I was also at (MCC) Metropolitan Correction Center in Manhattan in 2008 and 2011 for brief period of time for mental health evaluations ordered by judge Bianco.

When I arrived at MDC after my arrest I had explained to the medical staff that I have a history of fibroids and I would need close follow-up, since I had a sonogram just prior to my arrest I would need to be check out the next year, if I am still in their custody. The doctor explained to me that they donnot have an OBGYN but one is supposed to come on board soon. A year went by, two years have passed, three years went by I was not seen by a specialist, I kept warning them that "my uterus felt big like I am pregnant." I had developed fibroids the size of grapefruits they told me when the medical doctor examined me. Few months later, I started to bleed outside of my menstrual cycle and I bled profusely, hemorrhaging day and night nonstop for more than a year, they increased iron prescription to three times a day I was bleeding more than I was making red blood cells. I became very anemic and size of my uterus kept growing at this point I had a physical examintion by the general doctor that said that uterus was the size of a five to seven months pregnancy.

Finally, they took me to the hospital to have a sonogram. The sonogram revealed the extent of the damage that was done, that was in 2012. After they received the result of the sonogram, MDC sent me to New york Downtown hospital to see a surgeon. The specialist explained to me that he cannot save my uterus because the fibroids are too big and too much. I pleaded with the surgeon to remove just the fibroids and save my uterus because I did not want to go into menopause so early since I started my menses after the age of fifteen. But that is exactly what happened. The fibroids were so big that the surgeon had to remove all the essential membranes that are largely responsible for development and maintenance of the female reproductive system and sexual characteristics (estrogen).

The primary source of estrogen normally is the ovarian follicle, which secretes 70 to 500mcg of estradiol daily (the principal intracellular human estrogen). Estrogens act throgh biding to nuclear receptors to modulate the pituitary secretion of the gonadotropins, luteinizing hormone (LH) and follicle stimulating hormone (HSH) through a negative feedback mechanism. I received two blood transfusion due to excessive bleeding.

Three to six months after the surgery, I reported to the medical staff of MDC I stopped menstruating, my hair was falling rapidly, I was experiencing hot flashes and night sweat, skin disorders, mood changes, lack of energy to perform daily tasks ect.

2

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 8, 2014


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTHEAST REGIONAL OFFICE

TO  : HELENE MICHEL, 60158-054
      ALICEVILLE FCI     UNT: C UNIT     QTR: C01-221L
      P.O. BOX 445
      ALICEVILLE,  AL 35442


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID        : 771708-R2        REGIONAL APPEAL
DATE RECEIVED    : OCTOBER 6, 2014
SUBJECT 1        : MEDICAL CARE - IMPROPER OR INADEQUATE
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECT REASON 2: SEE REMARKS.

REMARKS         : FOLLOW INSTRUCTIONS PROVIDED BY INSTITUTION.

U.S Department of Justice                           **Regional Administrative Remedy Appeal**

Federal Bureau of Prisons                           EXHIBIT G-11a

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

| From: | **Elene Michel/ Helene Michel** | 60158-054 | C1 | MDC Brooklyn/FCI |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION **Alicev** |

**Part A - REASON FOR APPEAL** I had filed_ an appeal back on March 12, 2014 it was returned
to me stating that I must file a BP-9 first. I have done just that and enclosed
is the result. I have received this last BP-9 rejection on July 24, 2014 at 3:29
pm from Counselor Lavatai. I went to the medical office at FCI Aliceville on July
25th, 2014, I waited all morning until 1:15 pm I spoke to Ms. Cook, she came and
told me that Ms. Taylor handles the administrative remedy and she is not in and
she will be back on Monday." On Monday July 28, 2014 I went back to the medical
office at Aliceville, I waited all morning. I saw Ms. Taylor from the hall-way
but I could not speak to her; she seemed busy. Around 10:30am, I spoke to one of
the assistants that I have a BP-9 with a deadline that I need to see Ms. Taylor.
She took the July 21,2014 BP-9 rejection to Ms. Taylor. Few minutes later, she
came back with the BP-9 stating that Ms. Taylor said that she does not know what
to do with the BP-9 rejection of july 21,2014 catch her at mainline.
At 11:25 am, I saw Ms. Taylor at mainline; she told me: " If there is a remedy,
I get it from the remedy process not from the inmate."
The Federal Bureau of Prisons/ Metropolitan detention center in Brooklyn have
neglected to provide to me the necessary medical care that I needed in a timely
manner. Their negligence has caused me a lot of suffering and to this day, I have
not seen a specialist or the surgeon who operated on me for a follow-up.

| DATE   7/29/14 | SIGNATURE OF REQUESTER |
|---|---|

**Part B - RESPONSE**

AUG 7 2014
Administrative Remedy Office
Federal Bureau of Prisons

| DATE | REGIONAL DIRECTOR |
|---|---|

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|---|

SUBJECT: _____

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

Elene Michel/ Helene Michel 60158-054
FCI Aliceville
P.O.Box 4000
Aliceville, AL 35442

US Department of Justice
Re: Regional Administrative Remedy Cont-

My name is Elene Michel. I have been incarcerated since July 12, 2007 between July 2007 to October 2013 I was detained at Metropolitan Detention Center (MDC) in Brooklyn. I was also at Metropolitan Correction Center in Manhattan (MCC) in 2008and 2011 fot brief period of time for mental health evaluations ordered by judge Bianco.

When I arrived at MDC after my arrest I had explained to the medical staff that I have a history of fibroids and I would need close follow-up, since I had a sonogram just prior to my arrest I I would need to be check out the next year, if I was still in their custody. The general physician had explained to me that they do not have a OBGYN but one is supposed to come on board soon. A year went by, two years have passed, three years went by I was not seen by a specialist, I kept warning them that: "My uterus felt pregnant." The medical doctor examined me and told me that I had developed fibroids the size of grapefruits. Few months later, I started to bleed outside of my menstrual cycle I bled profusely, hemorrhaging day and night nonstop for more than a year, they increased my iron prescription to three times a day I was bleeding more than I was making red blood cells. I became very anemic passing out on a daily basis and the size of my uterus continued to grow. I had another physical examination by the general practioner that revealed that the uterus was the size of five to seven months pregnant.

Finally, they took me to the hospotal to have a sonogram. The sonogram exposed the extent of the damage that was done, that was in 2012. After they received the result of the sonogram I waited for period of time before they sent me to New York Downtown Hospital to see a surgeon. The specialist explained to me that he cannot save my uterus because the fibroids were too many and too big. I pleaded with him to remove just the fibroids and save my uterus because I know the consequences of hysterectomy also I started my menses after the age of fifteen. But that was exactly what happened. The fibroids were so big that the surgeon had to remove all the essential membranes that are largely responsible for development and maintenance of the female reproductive system and sexual characteristics(estrogen).

The primary source of estrogen normally is the ovarian follicle, which secretes 70 to 500mcg of estradiol daily (the principal intracellular human estrogen). Estrogens act through binding to nuclear receptors to modulate the pituitary secretion of gonadotropins, luteinizing hormone (LH) and follicle stimulating hormone (FSH) through a negative feedback mechanism.

Page 2

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: FEBRUARY 27, 2015     *Puc*

*Rclladger, Rctig*
FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : HELENE MICHEL, 60158-054
      ALICEVILLE FCI    UNT: C UNIT    QTR: C01-221L
      P.O. BOX 445
      ALICEVILLE, AL 35442

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 771708-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED   : FEBRUARY 6, 2015
SUBJECT 1       : MEDICAL CARE - IMPROPER OR INADEQUATE
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.   YOU SHOULD HAVE FILED AT THE
                 INSTITUTION,   REGIONAL OFFICE, OR  CENTRAL
                 OFFICE LEVEL.

REJECT REASON 2: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

REJECT REASON 3: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REMARKS         : FOLLOW INSTRUCTIONS PROVIDED BY INSTITUTION.

*Received by March 19, 2015*
*Mr. Bovee*

U.S. Department of Justice

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

EXHIBIT G-12a

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: **Michel, Helene**     **60158-054**     **C-1**     **FCI Aliceville**
      LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

**Part A - REASON FOR APPEAL**

The reason for this appeal is that The Federal Bureau of Prisons/ Metropolitan Detention Center (MDC) in Brooklyn have neglected to provide to me the necessary medical care that I needed in a timely manner for a period of four to five years. Their negligence has caused me a lot of suffering, a lot of pain, and to this day, I have not received any help. My female organs were violated by their negligence. The sugeon who operated on me made an appointment with MDC to send me back to the hospital for a follow-up two weeks after the surgery. It has been two and a half years and I have not had necessary medical attention! I have been waiting for more than a year at FCI Aliceville for a mammography and a PAP smear to get some relief, so I was told, as of today it has not happen.

I disagree with the decision regarding my Administrative Remedy Appeal request that I filed on September 29th, 2014, and I am filling another appeal, *Based on exception described in 542.14*

I didn't get a response to my informal complaints before this form was due. Therefore I am proceeding with the formal Administrative Remedy Request.

*11/4/14* DATE            *Elent Michl* SIGNATURE OF REQUESTER

**Part B - RESPONSE**

*Received from
Counselor Bovee
March 19, 2015*

**RECEIVED**

FEB 06 2015

Administrative Remedy Office
Federal Bureau of Prisons

_____       GENERAL COUNSEL
     DATE

ORIGINAL: RETURN TO INMATE       CASE NUMBER: _771708_

Part C - RECEIPT *ISSUED BP-11 on 11-4-2014 R. Bovee Counselor*
           CASE NUMBER: _____

Return to: _____    _____    _____    _____
     LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____       SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL
     DATE

BP-231(13)

Administrative Remedy Appeal Cont.

I disagree with the decision regarding the Administrative Remedy Appeal that I filed on July 29,2014 and September 29, 2014. Your decision for me to file another BP-09 is not the solution to my outrageous situation. 3- BP-09's were filed to the office of the warden: a BP-o9 was filed on 4/10/14, and the warden requested that I should be specific about my request. Right after I received the rejection notice, I was put on a call out sheet to see Dr. Mc cullah that same week. She told me to bear with them; they will schedule a PAP-smear and a mammogram and get me some help. I waited for the medical department to call me for those tests but they never have.

6/30/14, I filed a second BP-09, which was rejected with remaks that,,, "Staff must provide written justification on letter head for your untimeliness in filling."

I went in the medical department with the issue, Ms Cook, MIT told me that Ms. Taylor, the health administrator is responsible to answer the Administrative Remedy and she was not in. On Monday July 30th at 11:25 in the morning, I spoke to Ms. Taylor in the cafeteria. I went over the issues with her, she told me if there is a remedy she gets it from the remedy process not from an inmate. So I left

7/8/14. I filed a third BP-09; which was rejected as well because the warden's office is asking staff to provide written justification for the delay in fillings- Ms. Taylor, Health Admistration refused to provide any answer for their negligence. See attached copies of BP-09's.

On October 28,2013 I arrived at Aliceville, AL FCI from Metropolitan Detention Center(MDC) in Brooklyn which left me with fibroids the size of grapefruits (7) for five years with no OBGYN care. When I began to bleed profusely for more than a year; hemorrhaging faster than my red blood cells could reproduce. Then they took me to the hospital on emergency. A sonogram revealed that I needed a hysterectomy because the fibroids had grown too big, and there were too many of them to save my uterus. Due to the extensive damage done to my uterus, the surgeon had to remove essential membranes needed for development and maintenance of the female reproductive system and sexual characteristic.I had to receive 2 blood transfusions.

The surgeon made an appointment for me to return to the hospital for follow-up two weeks after the surgery; I have yet to see someone to tell me what is going on with my body.

On September 19, 2014, I addressed Ms. G. Pedroni, The Associate Warden over Operations in the cafeteria about the issue informally, who in turn told me that she would speak to Ms. Taylor, Health Administrator about given a answer about the untimeliness of filing due to waiting on medical department for PAP-smear and mammography. And the assistant warden said that she would get back to me.

I went to sick call the following week, Ms. Taylor, Health Administrator abruptly said, "Michel, I am angry with you." In front of a group of ladies. I asked her why, and she ignored me.

Today is November 4, 2014, I still haven't heard from the medical staff or A.W Pedroni. Meanwhile my symptoms resulting from the negligence of MDC are getting worse.

I need some answers.

Elene Michel 60158-054

RE: ADMINISTRSTIVE REMEDY G2(12a)


   The BP-11 was filed on 11/4/14 and given to Counselor Bovee.
After 3 months of having no answer, no response; Petitioner
decided to file another 8½ of the Administrative Remedies
process, in hope of receiving some medical assistance with the
medical issues. To no avail, 2 weeks after filing the 8½, she
received a response from Counselor Bovee of a rejection of the
BP 11 on March 19, 2015.

EXHIBIT G-13

ALI 1330.17
October 15, 2012
Attachment A

## INFORMAL RESOLUTION REQUEST (IRR) FORM

054

| Inmate Name | *MICHEL, HELENE* | Register Number | *60158-058* |

### INFORMAL RESOLUTION PROCESS

Briefly state the specific complaint, including details and facts which support your request and the date on which the basis for your complaint occurred, your recommended resolution, and the actions you have taken and to whom you have spoken to resolve your complaint in Section 1. Return the form to your Correctional Counselor or other Unit Team staff designated by the Unit. If all efforts at informal resolution fail, you will be issued a BP-9 form in which you may proceed in accordance with our policies and outlined in the institution supplement. The informal resolution process is not in any manner intended to prohibit you from pursuing complaints through this program. It is intended to ensure that all parties attempt to informally resolve an issue prior to initiating the formal process of filing an Administrative Remedy.

**SECTION 1**
Briefly state your specific complaint, recommended solution, and actions you have taken to resolve. (Please Print) *My 3 days ago complaints are: I have no feeling in my feet I requested to see the doctor many times to not avail (a) they took my medication when I came 16 months ago, that alleviated symptoms of pain of suffering from the neglected of Metropolitan Sanatorium ... I need to see a physician I need the Dr. [illegible]*

**SECTION 2**
Date Received by Counselor for Response: *4-30-15*
Summary of fact-finding: *HSA states a pap smear will be scheduled. No response received about current medication*
Actions taken to resolve informally: *Attempted clarification on the response written below.*
Explain reasons for no resolution: *Complaint not addressed as of 4-30-15*

Date IRR form Issued to Inmate: *3-9-15*  Unit Team Name (print): *R. Bowes*
Date IRR form Returned to Staff: *3-24-15*  Unit Team Name (print): *R. Bowes*
Date Inmate Issued BP-9: *4-30-15*  Unit Team Name (print): *R. Bowes*
Date Unit Manager/Camp Administrator Reviewed & Signature:

**SECTION 3**
On _____ (date), this issue was informally resolved.  Inmate Signature

Distribution: (1) If complaint is informally resolved, forward the original, signed and dated by the inmate, to the Correctional Counselor for filing. (2) If complaint is NOT informally resolved, forward original, attached to BP-9, to the Coordinator's office for processing by the Clerk.

*You will be scheduled for a pap smear within 2wk.*

*Medical #131*

*[handwritten marginal notes:] I need a pap smear bomb and name ... immediately ... Ms [illegible] telling me the ... No doctor the ... The doctor see people every day.*

EXHIBIT G-13a

ALI 1330.17
October 15, 2012
Attachment A

## INFORMAL RESOLUTION REQUEST (IRR) FORM

059

| Inmate Name | MICHEL, HELENE | Register Number | 60158-058 |

### INFORMAL RESOLUTION PROCESS

Briefly state the specific complaint, including details and facts which support your request and the date on which the basis for your complaint occurred, your recommended resolution, and the actions you have taken and to whom you have spoken to resolve your complaint in Section 1.  Return the form to your Correctional Counselor or other Unit Team staff designated by the Unit. If all efforts at informal resolution fail, you will be issued a BP-9 form in which you may proceed in accordance with our policies and outlined in the institution supplement. The informal resolution process is not in any manner intended to prohibit you from pursuing complaints through this program. It is intended to ensure that all parties attempt to informally resolve an issue prior to initiating the formal process of filing an Administrative Remedy.

**SECTION 1**
Briefly state your specific complaint, recommended solution, and actions you have taken to resolve.  (Please Print)

_My specific complaints are: I have no feeling in my feet I have related to Dr. Thedonahi many times to not awell (?) they took my medication when I came 16 months ago, that alleviated symptoms of pain, I suffering from the next delde of metrobolism/Sculosis, arthritis. Worst of it's. I need to see a physician & I need the BP Locating_

**SECTION 2**
Date Received by Counselor for Response: 4-30-15
Summary of fact-finding: _HSA states a pap smear will be scheduled. No response received about current medication_
Actions taken to resolve informally: _Attempted clarification on the response written below._
Explain reasons for no resolution: _Complaint not addressed as_
_of 4-30-15_

Date IRR form Issued to Inmate: 3-9-15    Unit Team Name (print): R. Bovee
Date IRR form Returned to Staff: 3-24-15   Unit Team Name (print): R. Bovee
Date Inmate Issued BP-9: 4-30-15    Unit Team Name (print): R. Bovee
Date Unit Manager/Camp Administrator Reviewed & Signature: ___ UM 5/12/15

**SECTION 3**
On _____ (date), this issue was informally resolved.    Inmate Signature

Distribution:  (1) If complaint is informally resolved, forward the original, signed and dated by the inmate, to the Correctional Counselor for filing.  (2) If complaint is NOT informally resolved, forward original, attached to BP-9, to the Coordinator's office for processing by the Clerk.

_- You will be scheduled for a pap smear within 2wk._

_Received 7/3/15 from unit officer as of that day no bestrin or pap smear given._

_Medical #131_

_Tried a pap smear, sulfa bomb and narcotic immediately._

_Ms Taylor is telling me the lies. No doctor when the doctor sees people every day._

EXHIBIT G-14

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) Warden Washington-Adduci | DATE: 4/21/15 |
|---|---|
| FROM: Michel, Helene | REGISTER NO.: 60158-054 |
| WORK ASSIGNMENT: | UNIT: C1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

Dear Warden Adduci,

I arrived here 18 months ago with Norethindrone/Ethynylestra 1.5 mg. This medication was given to me after an extensive surgery, and I was told that I will need to take it for the rest of my life. Since arriving at FCI Aliceville, I have not been getting it; that has led me to have extreme numbing in my legs, profound hot flashes and severe headaches haven't stopped even with pain killers. I am having profound hair loss, skin dissatisfaction, nausea and more! I have been to sick call numerous times, with no callout to see the doctor. I need the Loestrin 1.5 or the Norethindrone/Ethilestal 1.5mg to get some relief of these painful symptoms. This can not be ignored any longer! I thank you warden for your precious time.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)                This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

## REQUEST FOR ADMINISTRATIVE REMEDY

**Administrative Remedy No. 817993-F1**
**Part B - Response**

This is in response to your Request for Administrative Remedy No. **817993-F1**, received on April 20, 2015, wherein you state that you are experiencing numbness in your legs, profound hot flashes, and severe headaches. You are requesting to be prescribed the medication Loestrin.

A review of your medical record and consultation with staff revealed that you were evaluated in the Chronic Care Clinic on May 14, 2015. You complained of pain in your ankles and wrists and numbness in the lateral edge soles of both feet. Alternate institutional shoes were authorized.

Further review of your medical records revealed that you have a history of vaginal bleeding, anemia, and a transfusion before surgical treatment for uterine fibroids. Your birth control has been discontinued for eighteen (18) months with no findings of bleeding or significant menopause symptoms. You reported that you have experienced hair loss. An examination of your scalp was performed, which showed minimal bitemporal retreat of the hairline and no bald spots. Due to your age and thrombosis risk, you are not a candidate for birth control pills. Your evaluations thus far have not shown that estrogen replacement is needed.

Accordingly, your Request for Administrative Remedy is denied, in that FCI Aliceville Health Services' staff has evaluated and treated your medical complaints based on Program Statement 6031.04, *Patient Care*. **If you are dissatisfied with this response, you may appeal to the Regional Director at the Southeast Regional Office, 3800 Camp Creek Parkway, S.W., Building 2000, Atlanta, Georgia 30331. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.**

A. Washington-Adduci, Warden

$5-19-15$

Date

EXHIBIT G-14b

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: MAY 11, 2015

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      ALICEVILLE FCI

TO  : HELENE MICHEL, 60158-054
      ALICEVILLE FCI     UNT: C UNIT     QTR: C01-221L

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID       : 817993-F1
DATE RECEIVED   : APRIL 20, 2015
RESPONSE DUE    : MAY 30, 2015
SUBJECT 1       : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2       :

*Received 5/12/15 by officer*

EXHIBIT G-14c

RECEIPT - ADMINISTRATIVE REMEDY

DATE: APRIL 24, 2015

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      ALICEVILLE FCI

TO  : HELENE MICHEL, 60158-054
      ALICEVILLE FCI     UNT: C UNIT     QTR: C01-221L

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID      : 817993-F1
DATE RECEIVED  : APRIL 20, 2015
RESPONSE DUE   : MAY 10, 2015
SUBJECT 1      : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2      :

*Received April 25th, 2015*

EXHIBIT G-14d

```
HELENE MICHEL, 60158-054
ALICEVILLE FCI      UNT: C UNIT      QTR:
P.O. BOX 445
ALICEVILLE,  AL 35442
```

*received*
*7/27/15*
*counselor*
*Carter*

*7/27/15*

U.S. DEPARTMENT OF JUSTICE          **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

EXHIBIT G-14e

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Helene Michel            60158-054     C-221   FCI Aliceville
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A– INMATE REQUEST**

I HAVE an immediate request for serious issues regarding my health. I am having extreme numbing in my legs, profound hot flashes & severe headaches, that will not stop! I arrived here 18 months ago with Loestrin 1.5 mg. meds with me for these problems. I've been to sick call excessively, with no call out to see a doctor and still nothing resolved. I'm having major hair loss, skin discoloration, nausea and more! I need the Loestrin 1.5 mg, to get relief of these painful symptoms. This can't be ignored any longer. There is no reason why I should be untreated & mistreated any longer!

4/3/15
DATE                             SIGNATURE OF REQUESTER

**Part B– RESPONSE**

2015 APR 20 AM 8 47
RECEIVED
FCI ALICEVILLE
AW COMPLEX

_____          _____
DATE                             WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**          CASE NUMBER: 817993 - F1

                                      CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____                    _____
DATE                                       RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN          PRINTED ON RECYCLED PAPER                    BP-229(13)
                                             APRIL 1982

EXHIBIT I

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: MITCHEL, ELENE | | Reg #: 60158-054 |
| Date of Birth: 10/26/1966 | Sex: F Race: BLACK | Facility: BRO |
| Encounter Date: 04/09/2012 10:30 | Provider: Rosa, Soroya MLP | Unit: A09 |

Sick Call/Triage encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**    **Provider:** Rosa, Soroya MLP

**Chief Complaint:** OB/GYN

**Subjective:** Inmate seen for follow up surgery done 3 weeks ago for Leiomyoma of the uterus, patient stated feels little pain, take Ibuprofen sometimes one a day, denies bleeding.

**Pain Location:** Abdomen - Suprapubic

**Pain Scale:** 3

**Pain Qualities:** Aching

**History of Trauma:**

**Onset:** 3-4 Weeks

**Duration:** 3-4 Weeks

**Exacerbating Factors:** when getting up from the bed

**Relieving Factors:** lying down.

**Comments:**

## OBJECTIVE:

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/09/2012 | 10:49 BRO | 97.2 | 36.2 | Oral | Rosa, Soroya MLP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/09/2012 | 10:49 BRO | 87 | Via Machine | Regular | Rosa, Soroya MLP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/09/2012 | 10:49 BRO | 14 | Rosa, Soroya MLP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/09/2012 | 10:49 BRO | 124/78 | Right Arm | Sitting | Adult-regular | Rosa, Soroya MLP |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/09/2012 | 10:49 BRO | 100 | Room Air | Rosa, Soroya MLP |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 04/09/2012 | 10:49 BRO | 146.0 | 66.2 | | Rosa, Soroya MLP |

**Exam:**

**General**

**Appearance/Nutrition**

Yes: Alert and Oriented x 3

No: Appears in Pain, Appears in Distress

**Pulmonary**

EXHIBIT I-1

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: MITCHEL, ELENE | | Reg #: 60158-054 |
| Date of Birth: 10/26/1966 | Sex: F Race: BLACK | Facility: BRO |
| Encounter Date: 08/28/2012 15:19 | Provider: Borecky, Michael MD | Unit: A10 |

Chronic Care encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**　　　**Provider:** Borecky, Michael MD

**Chief Complaint:** GENERAL

**Subjective:**　ENGLISH SPEAKING PRETRIAL INMATE: 45 yo male returns from Nassau County. She reports no heavy bleeding now since her fibroids were removed 5 months ago and she wants to take the iron pills until here blood count is back to normal. She is worried about an incisional hernia in the suprapubic area.

**Pain Location:**

**Pain Scale:** 0

**Pain Qualities:**

**History of Trauma:**

**Onset:**

**Duration:**

**Exacerbating Factors:**

**Relieving Factors:**

**Comments:**

**COMPLAINT 2**　　　**Provider:** Borecky, Michael MD

**Chief Complaint:** HYPERTENSION

**Subjective:**　She avoids salty foods and takes here blood pressure pills and has no side effects.

**Pain Location:**

**Pain Scale:** 0

**Pain Qualities:**

**History of Trauma:**

**Onset:**

**Duration:**　　　　　　　　　　　　　　　**"SENSITIVE BUT UNCLASSIFIED"**

**Exacerbating Factors:**

**Relieving Factors:**

**Comments:**

**COMPLAINT 3**　　　**Provider:** Borecky, Michael MD

**Chief Complaint:** INFECTIOUS DISEASE

**Subjective:**　She has refused PPD prophy in the past, has no cough or fever.

**Pain Location:**

**Pain Scale:** 0

**Pain Qualities:**

**History of Trauma:**

**Onset:**

**Duration:**

**Exacerbating Factors:**

**Relieving Factors:**

**Comments:**

**Health Services**

**Clinical Encounter**

EXHIBIT J

| | |
|---|---|
| MITCHEL, ELENE | Reg #: 60158-054 |
| 10/26/1966 | Sex: F   Race: BLACK   Facility: BRO |
| Date: 05/06/2013 15:35 | Provider: Dejkunchorn, Pichitra M.D.   Unit: A10 |

...up encounter performed at Health Services.

JECTIVE:

COMPLAINT 1    Provider: Dejkunchorn, Pichitra M.D.

Chief Complaint: OB/GYN

Subjective:    Inmate is a 46 year old black female P 1021  LMP 4/10/13 x 5 days, came in for follow up, taking oral contraceptive pill for menstrual control after Myomectomy. She has massive hair lost, needed to be evaluated by Dermatologist, refer to PA Rosa.

Pain Location:
Pain Scale:
Pain Qualities:
History of Trauma:
Onset:
Duration:
Exacerbating Factors:
Relieving Factors:
Comments:

JECTIVE:

se:

| Date | Time | | Rate Per Minute | Location | | Rhythm | Provider |
|---|---|---|---|---|---|---|---|
| 05/06/2013 | 15:36 BRO | | 75 | Via Machine | | Regular | Dejkunchorn, Pichitra M.D. |

spirations:

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 05/06/2013 | 15:36 BRO | | 16 | Dejkunchorn, Pichitra M.D. |

ood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/06/2013 | 15:36 BRO | 110/72 | Right Arm | Sitting | Adult-regular | Dejkunchorn, Pichitra M.D. |

O2:

| Date | Time | Value(%) | Air | | Provider |
|---|---|---|---|---|---|
| 05/06/2013 | 15:36 BRO | 100 | Room Air | | Dejkunchorn, Pichitra M.D. |

eight:

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 05/06/2013 | 15:36 BRO | 150.0 | 68.0 | | Dejkunchorn, Pichitra M.D. |

am:

General

No examination today

SSESSMENT:

Dysmenorrhea, 625.3 - Remission, Temporary/Acute, Not Improved/Same

Leiomyoma of uterus, unspecified, 218.9 - Resolved, History/Resolved, Not Improved/Same

Premenopausal menorrhagia, 627.0 - Resolved, History/Resolved, Not Improved/Same

## Certificate of Service

I, Elene Michel, certify under the penalty of perjury, that a true
and correct copy of the foregoing has been placed in the FCI
Aliceville mailbox, on this _____ day of _____ , 2016. This
enclosed Motion is deemed filed upon placement in the prison mail
room. It was mailed to the following address listed below:

Clerk of the Court
United States District Courthouse
179 5th Avenue North. Room 140
Birmingham, AL 35203

So Served

_Helene Michel_

### UNSWORN DECLARATIONS UNDER PENALTY OF PERJURY

I certify under penalty of perjury under the laws of the United States
that the aforementioned is true, and correct. Executed _____ Day

of May, 2016.

60 158-054 _Elene Michel_
Signature and Reg. No.

_HElene Michel 60158-054_

FCI Aliceville
P.O.Box 4000
Aliceville, AL 35442