# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **HELENE MICHEL,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 7:16-cv-00863-RDP-HGD |
| **FEDERAL BUREAU OF PRISONS FCI,** et al., | } |
| **Defendants.** | } |

## MEMORANDUM OPINION

On February 21, 2017, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. On March 9, 2017, Petitioner filed objections to the Magistrate Judge's Report and Recommendation.

After careful consideration of the record in this case, the Magistrate Judge's Report and Recommendation, and Petitioner's objections thereto, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendation of the Magistrate Judge that Plaintiff's claims against Federal Bureau of Prisons, MDC Brooklyn; Duke Terrell, Warden; Rolando Newland, M.; Rios Sixto, MLP; and Rosa Soroya, MLP, be severed from this action and transferred to the United States District Court for the Eastern District of New York for all further proceedings. The court **ACCEPTS** the recommendation of the Magistrate Judge that Plaintiff's claims against Defendants Federal Bureau of Prisons; A. Washington-Adduci, Warden; Ella Taylor, Health Services Administrator; L. McCullar, M.D.; and R. Griffin, M.D., Clinical Director, remain pending in this action.

A separate order in accordance with the Memorandum Opinion will be entered.

**DONE** and **ORDERED** this March 28, 2017.

                                              _____
                                              R. DAVID PROCTOR
                                              UNITED STATES DISTRICT JUDGE