# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **HELENE MICHEL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) 7:16-cv-00863-RDP-HNJ |
| | ) |
| **FEDERAL BUREAU OF PRISONS** | ) |
| **FCI, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The Magistrate Judge filed a report on November 20, 2018, recommending the defendants' motion for summary judgment be granted and this action be dismissed with prejudice. (Doc. 74). Although the Magistrate Judge advised the parties of their right to file specific written objections within fourteen (14) days, no objections have been received by the court and the time to file objections has expired.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Magistrate Judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. The court **EXPRESSLY FINDS** that there are no genuine issues of material fact and the defendants are entitled to judgment as a matter of law. Accordingly, the defendants' motion for summary judgment (doc. 57), is due to be granted and this action is due

to be dismissed with prejudice.  Plaintiff's Motion for Summary Judgment (doc. 68) is due to be **DENIED**.

A Final Judgment will be entered.

**DONE** and **ORDERED** this December 13, 2018.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE